RECEIVED
SEP 1 1 2018
K, U.S. DISTRICT COURT
T. DIST. OF PENNSYLVANIA

United States District Court for
The Western District of Pennsylvania
Case No.

Dana W.Wiley,
    Plaintiff,

v.

World Wrestling Entertainment
CEO:Vince McMahon and John Due
D-Generation X / NWO Wrestling employess,
    Defendants;

18-1207

---

Plaintiff's complaint for (1)Federal Trademark Infringement, 15 u.s.c 1114; (2)Fair use copyright trademak agreement to advertist,promote and distribute, without unfair royalty payment pursue of unfair competition, 15 u.s.c 1125(a);(3)Deceptive And Unfair Trade Practces, F.S.A 501,(4)Breach of Contract.

## I.Introduction.

This matter concern's the trademark of the defendants;CEO, Vince McMahon and John Due of the D-Generation X/ New World Order wrestling employess for failure to release the official copyright contract hereto plaintiff,Dana Wiley along with royalty payment for above work titled: D-Generation X/ New World Order Merchandise in support of Exhibit(A)page 1 of 6.

## 2.Introduction.

Dana Wiley brings this action to secure relief under federal and Pennsylvania state law.Dana Wiley seeks:(a)Temporary Preliminary and Permanent injunctions; pursuant to 15 u.s.c 1117(a)
requiring the defendants to release the official fair use copyright contract (B)royalty payment damages and (C)defendant pay cost of this action and any legal fee's.

## II.Parties

1.Plaintiff,Dana Wiley is a public residence under the laws of the state of Pennsylvania at:531 Case Street Apt-9 Rochester, Pa 15074
cell phone:724/558/7679.he is in good standards with the federal and state Pennsylvania laws.he has exhausted all federal and state remedise and done everything and necessary and proper to bring this lawsuit.

2.Defendants based on information and belief.World Wrestling Entertainment CEO; Vince McMahon John Due of the D-Geberation X / New World Order wrestling employees has jurisdiction of this matter and is located at above address:
1241 East main street Stamford, CT 06902

## III.Jurisdiction And Venue

This Court has original jurisdiction pursue to the 5th amendment under 15 u.s.c 1121(a)
(action arising under the Lanham Act) and 28 u.s.c 1331,1338(a) (federal question) in that this case arises under the Trademark Laws of the United States, 15 u.s.c 1051-1127.

2.This Court has jurisdiction pursue to the 5th amendment under 28 u.s.c 1338(b) in accordance with the principles of pendant jurisdiction in that said claims are joined with substsantial and related claims under the Tradmark of the

United States,15 u.s.c 1051-1127.

## Statement of Facts.

1. Plaintiff,Dana Wiley signed a fair use copyright contract with the above defendants;world wrestling entertainment:CEO;Vince McMahon John due of the D-Generation X / New World Order wrestling employees on August 21,1995 infront of the Lawrence County Courthouse of New Castle, Pa officialy after Dana Wiley was sentence in a unrelated criminal case No.1144/1994 for the above tradmark work titled(D-Generation X/ New World Order merchandise.

2. These defendant's over 20 plus year's has ignored nor respondent to numerous cease and desist notice,similar as exhibit(A) Page 1 of 6 that plaintiff,Dana Wiley sumbitted to the defendant's on July 12,2018.

3. These defendant's has failed to release a copy of the fair use copyright contract hereto plaintiff,Dana Wiley for the above tradmark work titled:D-Generation X and New World Order Merchandise along with a royalty payment.

## Conclusion.

Hererfoth on above day of Sep.10,2018 Plaintiff,Dana Wiley hereby seek's (a) Temporary preliminary and permanent injuctions pusrue to 15 u.s.c 1117(a)
(A)Court ordering the defendants to respond to the allegations of these facts in support of exhibit (A)page 1 of 6 within (30) days.

(B)court order the defendant's to release official copy of the fair use copyright contract hereto Plaintiff,Dana Wiley.

(C)court order the defendant's to pay royalty damages hereto plaintiff,Dana Wiley in the amount of $75-million no less then $10-million herefor above trademark work titled(D-Generation X / New World Order Merchandise.

(D)require the defendant's to pay cost of this action or any legal fee's by the court's.

The said allegation are hereby true and correct in accordance of the United States laws of the u.s constittution of perjury the above defendant's has been hereby pro'se serve by the clerk of courts of the United States Federal Court of Western Pennsylvania and plaintiff,Dana Wiley.

First class certified mail
on above Date:September 10,2018

Dana Wiley,Plaintiff
531 Case Street Apt-9
Rochester,Pa 15074
cell phone No.724-558-7679

*Dana Wiley*

World Wrestling Entertainment
CEO;Vince McMahon John Due of the
D-Generation X / New World Order
Wrestling employees
1241 East main street
Stamford,CT 06902

Page 2

CEASE AND DESIST NOTICE
REQUEST FOR ROYALAITY PAYMENT
FOR INFRINGEMET OF COPYRIGHT

Dear;World Wrestling Entertainment
CEOP:Vincent McMahon And All
D-GenrationX/NWO Wreslting Employees

Case No.7/12/2018

"STATEMENT OF Facts"
--------------------
It has become to my attention I hereby confirm that (WWE.ET-AL) wrongfully infringed my right's in accordance to section;107 of 1988
Campbell Vs. Acuff-Rose Music,Inc and
Automatic Radio Co Vs.Hazeltine Research,Inc.,339 U.S. 827(1950) herefor the copyright work entitled(D-GenrationX/NWO merchandise.
------------------------------------------------------------------
STATEMENT OF ARGUMENT
---------------------
(WWE.ET.AL) over the course of 20-year's they have officialy failed to provide I, Dana W.Wiley a royalaity payment for the above work entitled.
(D-GenrationX/NWO merchandise) you have all so ignored several letter's Dated:3/9/2011., from I,Dana W.Wiley seeking royalaity payment of sum $3-million a year for life time payment; along with a copy of the official fair-use Law act of sect,107(1988)5th amendment; copyright contract we agreed upon on the above date of August 21,1995.

STATEMENT OF COLLUSION
----------------------
I,Dana W.Wiley; seek's the royalaity settlement payment of $75-million no less then $10-million herefrom (WWE.ET.AL)
for the above work entitled (D-GebrationX/NWO Merchandise)
WWE.,ET.AL) has officially (30) Day's to resolve this matter with I,Dana W.Wiley in accordance of Privacy law-Act of 1974,5 u.s.c 552a,
if (WWE.ET.AL) failes to resolve this matter within (30)Day's you hereby waive all right's and officially confirm the said foregoing is true and correct pursue to the penalty of perjury section,(18 u.s.c 1621).

SINCERELY TURLY YOUR'S
----------------------
DANA W.WILEY;
531 CASE STREET APARTMENT#9
ROCHESTER,PA 15074
CELL PHONE NUMBER#724/558/7679
EMAIL:williamdana806@yahoo.com
Wileydana07@gmail.com
Date:7/12/2018

*Dana W. Wiley* (signature)

Page 1 of 1

MR. DANA. W. WILEY CT-9123
Date Birth 3/22/1977
Place Birth Detroit mich
SSI NO. 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
home Address
111 S. Milton ST New Castle PA. 16101 or
SCI. Greene 175 Progress Drive Waynesburg PA. 15370
Phone No. 724-947-0997 or 724-652-5935

The information is I DANA. W. WILEY CT-9123
AKA Ghetto. D
True and correct Identification under
U.S. const of Penalty Perjury Law.

grievance complaint
request under section 703 (H) Law and
release Documents

here and To The employer
CEO of World Wrestling Entertainment
Fax No. 203-359-5151
Phone No. 203-352-8600 or 212-398-1815

Date. 3/9/2011

Page 2 of 1

Date month and year employed by WWE
7th 8 and 9 Day October 1994
21th Day August 1995
September 1996 and October 2, 1998

I am as todate still employed by WWE
Yes on 9 Day of March 2011

I beem employed by WWE for seventeen years

WWE require my Job to be superstar wresler write and create music song sounds and Design The Degeneration X and Nwo eT-AL clothing Line with investment of seventy $75 million Dollars into WWE stock market along with TNA impact

WWE require to Pay me over Three $(3) or more million Dollars a year

The employer of WWE employees have The copy rights of my name Degeneration X and Nwo. eT-AL

Page 3 of 1

My employer and employes of WWE has copies several Entertainment Photo News articles of I DANA.W.WILEY CT-9123 AKA ghetto.D
with Eric wright AKA Eazy.E et-AL
That was tooken by News Dept of Ohio Newcastle PA-USA Today and Entertainment Weekly from southern Park mall Boardman Ohio and old Down Town Newcastle PA mall
Threw out all 1994 and 1996 of 1998
from Yo-MTV raps and BET rap city
Ladies night show

## Statement of Request

I DANA.W.WILEY CT-9123 AKA ghetto.D
on __9__ day of march 2011
is requestion to my employer from WWE
who has multitude million Dollar
copy right and seventy five $75 million Dollar
U.S. Treasury WWE and TNA impact
stock market investment contract agreement
with me as of todate
will cash pay me fifty one $51 million Dollar
Pursue section 703(H) Payment Law
with in next fifteen (15) days
follow by lifetime cash payments of
Three $3 million Dollars a year.

Page 4 of 1

Therefore my employer from WWE has The statue time fifteen (15) day to make That fifty one $51 million Dollar payment with the release several Entertainment Photo News article of me with Eric wright AKA Eazy.E.et and The government Documents involving Lawsuit Lisa Lopez AKA Lefteye filed on behal my competence here and on The u.s. IRS Treasury Dept back in september 1996 involving them Treasury checks formal President Administratio Bill.W. Clinton first class mail to me back in october 1994 for sum seventy five $75 million Dollars apiece which is in Your and other government official Possession as of todate if my employer from WWE fail to comply With in that statue time I will file my complaint here and to u.s. EEOC of western PA William S. Moorhead and seek the compensatio relief. I request from my employer in This complaint.

I DANA.W.WILEY CT-9123 AKA ghetto.D
Declare by U.S. const of Law
Pursue to Penalty of Perjury The said
facts are True and correct That my employer
from World Wrestling Entertainment was given
fax or first class mail notificate
on 9 Day and month March 2011
from address
111 S. Milton ST New Castle PA 16101 and
175 Progress Drive Waynesburg PA 15370

Sincerely
Mr. Dana W. Wiley

Date / / 2011

## Certificate of Service

I hereby certify that a true copy of the foregoing Consent was served (by mail)(by hand delivery)(via electronically) on all parties of record in this cause, this _____ day of _____, 20__

_____
Signature