- Prepaying fees or cost
- question #2
- work statement by Anchor hocking

# Earnings Statement

**ANCHOR HOCKING COMPANY**
1115 WEST 5TH AVE
LANCASTER, OHIO 43130

Period Beginning: 08/05/2018
Period Ending:    08/18/2018
Pay Date:         08/24/2018

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:   0
  PA:        N/A

**DANA WILEY**
537 CASE STREET, APT. #5
ROCHESTER PA 15074

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0500 | 72.00 | 1,227.60 | 18,270.18 |
| Overtime | 23.1900 | 4.00 | 92.76 | 11,146.12 |
| Overtime | 25.5750 | 8.00 | 204.60 | |
| Quality Bonus | | | 50.00 | 50.00 |
| 2Nd Shift Prem | | | 11.20 | |
| 3Rd Shift Prem | | | 14.40 | |
| Holiday | | | | 623.92 |
| Rcibonus | | | | 50.00 |
| Vacation | | | | 247.36 |
| **Gross Pay** | | | **$1,600.56** | 32,422.10 |

| Other | this period | year to date |
|---|---|---|
| Volaccins | -7.62 | 129.54 |
| Voluntary Ltd | -12.06 | |
| Volwholelife | -26.00 | 442.00 |
| 401(K) Emp Cont | -142.58* | 2,523.71 |
| 401(K) Loan 1 | -40.56 | 689.52 |
| Tax Levy | | 55.50 |
| **Net Pay** | **$937.34** | |
| Direct Deposit1 | -937.34 | |
| **Net Check** | **$0.00** | |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -142.93 | 3,300.28 | |
| Social Security Tax | -95.29 | 1,942.26 | |
| Medicare Tax | -22.29 | 454.24 | |
| PA State Income Tax | -47.19 | 961.75 | |
| Monaca Boro Income Tax | -15.37 | 313.30 | |
| PA SUI/SDI Tax | -0.96 | 19.45 | |
| **Other** | | | |
| Assessment Ded | -1.68 | | |
| Criticalillness | -4.48 | 76.16 | |
| Dental | -3.69* | 61.76 | |
| Hosp Indemnity | -15.42 | 262.14 | |
| Local Servc Tax | -2.00 | 36.00 | |
| Medical | -59.53* | 1,023.58 | |
| Steelwkrs Ded | -23.21 | 419.87 | |
| Vision | -0.36* | 9.95 | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,394.40

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Head Count | 1.00 | |
| Hrswkd | 84.00 | 1,652.80 |
| Memo For Pao | 2.00 | |
| Steelworker Clc | 1,600.56 | |
| Talx Memo 1 | 1,253.20 | |
| Talx Memo 2 | 297.36 | |
| 40L Non-Elect | 14.26 | |
| 401-K Er Match | 42.78 | |
| 401K Elig Wages | 1,425.84 | 25,237.06 |
| All Union Dues | | 1.73 |

©1998, 2006. ADP, LLC All Rights Reserved.
© 2000 ADP, LLC
TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

THIS IS NOT A CHECK

ANCHOR HOCKING COMPANY
1115 WEST 5TH AVE
LANCASTER, OHIO 43130

Advice number:  00000340384
Pay date:       08/24/2018

Deposited to the account of   account number    transit ABA    amount
DANA WILEY                    xxxxxxx4375       xxxx xxxx      $937.34

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

```
000567
CO.    FILE    DEPT.    CLOCK    VCHR. NO.
V29    005760  123456            000020384
       Page   2                           430-0001
```

**Earnings Statement**

ANCHOR HOCKING COMPANY
1115 WEST 5TH AVE
LANCASTER, OHIO 43130

Period Beginning:  08/05/2018
Period Ending:     08/18/2018
Pay Date:          08/24/2018

Taxable Marital Status:  Single
Exemptions/Allowances:
   Federal:  0
   PA:       N/A

DANA WILEY
537 CASE STREET, APT. #5
ROCHESTER PA 15074

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hlth Plan Value | | 284.38 |
| 401K Non-Elect | | 91.75 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 724-773-3292

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**CONTINUED FROM PRIOR PAGE**
**YOUR VOUCHER IS PROVIDED ON PAGE 1**

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT