( Prepaying fee or cost
question #4c
Bank statements

FREEDOM UNITED FCU                                    08/30/2018  2:19
283 ADAMS ST
ROCHESTER, PA    15074


DANA W WILEY                                16950 Draft
531 CASE ST
APT 9
ROCHESTER, PA    15074-0000


| DATE | TOTAL AMT | INT/FEE AMT | PRINCIPAL | BALANCE | TRANSACTION DESC |
|------|-----------|-------------|-----------|---------|------------------|
| 8/20/18 | 0.00 | | | 0.00 | SHARE SETUP, FEE |
| 8/20/18 | 135.00 | | | 135.00 | TRANSFER TO DRAFT |
| 8/29/18 | 3598.00 | | | 3733.00 | DRAFT DEPOSIT |

NoTe" Paid off full Loan Balance #3,022.43
Mariner Finance, LLC
on Sep 4, 2018



Huntington

Welcome.

Summary  Contacts  Account Info  Identification

DANA W WILEY  End Session

Active Account: **Asterisk-Free Checking - 02051054375**

### Transaction Search

**Enter Search Criteria:**

| From : | 07/01/2018 | Amount : | < Select > | | Item Type : | <Select> |
|---|---|---|---|---|---|---|
| To : | 08/30/2018 | Check No : | < Select > | | | |

Search   Reset   Cancel

| Date | Number | Type | Payee | Debit | Credit | Running Balance |
|---|---|---|---|---|---|---|
| 07/02/2018 | 272101 | ATM/POS | PURCHASE      EAST ROCHESTER ***********8017 | 38.12 | | 1,809.74 |
| 07/03/2018 | 456000 | ATM/POS | PURCHASE      CHAMPS 14456 ***********8017 | 102.98 | | 1,706.76 |
| 07/05/2018 | 0 | Debit Card | STATE FARM INSURANCE ***********8017 | 10.58 | | 1,696.18 |
| 07/05/2018 | 0 | Debit Card | METRO PCS ***********8017 | 116.87 | | 1,579.31 |
| 07/05/2018 | 0 | Debit Card | METRO PCS ***********8017 | 16.39 | | 1,562.92 |
| 07/05/2018 | 394002 | ATM/POS | PURCHASE      BIG LOTS 750 OHIO ***********8017 | 12.66 | | 1,550.26 |
| 07/05/2018 | 26778 | ATM/POS | NON-HUNTINGTON CASH WITHDRAWAL ***********8017 | 102.00 | | 1,448.26 |
| 07/05/2018 | 0 | Debit Card | WWE NETWORK ***********8017 | 10.59 | | 1,437.67 |
| 07/06/2018 | 0 | Debit Card | ASIAN KITCHEN ***********8017 | 8.22 | | 1,429.45 |
| 07/06/2018 | 1978 | ATM/POS | NON-HUNTINGTON CASH WITHDRAWAL ***********8017 | 60.00 | | 1,369.45 |
| 07/06/2018 | 0 | Electronic Debit | MARINER FINANCE  TRANS PMT | 137.38 | | 1,232.07 |
| 07/09/2018 | 394002 | ATM/POS | PURCHASE      BIG LOTS 750 OHIO ***********8017 | 10.31 | | 1,221.76 |
| 07/09/2018 | 272101 | ATM/POS | PURCHASE      EAST ROCHESTER ***********8017 | 49.54 | | 1,172.22 |
| 07/09/2018 | 0 | Debit Card | COMCAST THREE CS 1X ***********8017 | 226.09 | | 946.13 |
| 07/09/2018 | 0 | Fee | NON-HUNTINGTON ATM CASH WITHDRAWAL FEE | 12.00 | | 934.13 |
| 07/09/2018 | 0 | Fee | NON-HUNTINGTON ATM BALANCE INQUIRY FEE | 3.00 | | 931.13 |
| 07/10/2018 | 26778 | ATM/POS | NON-HUNTINGTON CASH WITHDRAWAL ***********8017 | 62.00 | | 869.13 |
| 07/11/2018 | 0 | Debit Card | FAIRHAVEN HEALTH, LLC ***********8017 | 19.95 | | 849.18 |
| 07/12/2018 | 1978 | ATM/POS | NON-HUNTINGTON CASH WITHDRAWAL ***********8017 | 160.00 | | 689.18 |
| 07/12/2018 | 585463 | ATM/POS | PURCHASE      MY HEROS SUB SHOP ***********8017 | 14.92 | | 674.26 |
| 07/13/2018 | 0 | Direct Deposit | ANCHOR HOCKING L PAYROLL | | 830.87 | 1,505.13 |
| 07/13/2018 | 0 | Debit Card | MICROSOFT*XBOX LIVE GO ***********8017 | 10.59 | | 1,494.54 |
| 07/16/2018 | 26778 | ATM/POS | NON-HUNTINGTON CASH WITHDRAWAL ***********8017 | 82.00 | | 1,412.54 |
| 07/16/2018 | 272101 | ATM/POS | PURCHASE      EAST ROCHESTER ***********8017 | 20.98 | | 1,391.56 |
| 07/18/2018 | 392690 | ATM/POS | NON-HUNTINGTON CASH WITHDRAWAL ***********8017 | 42.50 | | 1,349.06 |
| 07/19/2018 | 272101 | ATM/POS | PURCHASE      EAST ROCHESTER ***********8017 | 40.45 | | 1,308.61 |
| 07/20/2018 | 394002 | ATM/POS | PURCHASE      BIG LOTS 750 OHIO ***********8017 | 44.60 | | 1,264.01 |
| 07/23/2018 | 0 | Debit Card | DS SERVICES STANDARD C ***********8017 | 39.06 | | 1,224.95 |
| 07/23/2018 | 0 | Debit Card | METROPCS MOBILE ***********8017 | 92.00 | | 1,132.95 |
| 07/23/2018 | 26778 | ATM/POS | NON-HUNTINGTON CASH WITHDRAWAL ***********8017 | 82.00 | | 1,050.95 |
| 07/23/2018 | 0 | Electronic Debit | CHASE CREDIT CRD EPAY | 100.00 | | 950.95 |
| 07/23/2018 | 0 | Electronic Debit | DISCOVER      PHONE PAY | 116.00 | | 834.95 |
| 07/26/2018 | 0 | Debit Card | MEDEXPRESS UC CENTER T ***********8017 | 35.00 | | 799.95 |
| 07/26/2018 | 0 | Debit Card | MEDEXPRESS UC CENTER T ***********8017 | 30.00 | | 769.95 |
| 07/26/2018 | 0 | Debit Card | INTERSTATE WIRELESS ***********8017 | 10.60 | | 759.35 |
| 07/27/2018 | 0 | Direct Deposit | ANCHOR HOCKING L PAYROLL | | 1,118.24 | 1,877.59 |
| 07/27/2018 | 272101 | ATM/POS | PURCHASE      EAST ROCHESTER ***********8017 | 45.22 | | 1,832.37 |
| 08/01/2018 | 394002 | ATM/POS | PURCHASE      BIG LOTS 750 OHIO ***********8017 | 3.50 | | 1,828.87 |
| 08/01/2018 | 26778 | ATM/POS | NON-HUNTINGTON CASH WITHDRAWAL ***********8017 | 102.00 | | 1,726.87 |
| 08/01/2018 | 272101 | ATM/POS | PURCHASE      EAST ROCHESTER ***********8017 | 12.74 | | 1,714.13 |
| 08/02/2018 | 3364 | ATM/POS | HUNTINGTON ATM CASH WITHDRAWAL ***********8017 | 400.00 | | 1,314.13 |
| 08/02/2018 | 85501 | ATM/POS | PURCHASE      SHEETZ 0128 ***********8017 | 6.87 | | 1,307.26 |
| 08/06/2018 | 0 | Debit Card | STATE FARM INSURANCE ***********8017 | 10.58 | | 1,296.68 |
| 08/06/2018 | 0 | Debit Card | WWE NETWORK ***********8017 | 10.59 | | 1,286.09 |
| 08/06/2018 | 0 | Debit Card | COMCAST THREE CS 1X ***********8017 | 216.71 | | 1,069.38 |
| 08/06/2018 | 0 | Electronic Debit | MARINER FINANCE  TRANS PMT | 137.38 | | 932.00 |
| 08/07/2018 | 394002 | ATM/POS | PURCHASE      BIG LOTS 750 OHIO ***********8017 | 11.01 | | 920.99 |
| 08/07/2018 | 272101 | ATM/POS | PURCHASE      EAST ROCHESTER ***********8017 | 3.57 | | 917.42 |
| 08/08/2018 | 272101 | ATM/POS | PURCHASE      EAST ROCHESTER ***********8017 | 29.51 | | 887.91 |
| 08/09/2018 | 0 | Fee | NON-HUNTINGTON ATM CASH WITHDRAWAL FEE | 18.00 | | 869.91 |
| 08/10/2018 | 0 | Direct Deposit | ANCHOR HOCKING L PAYROLL | | 1,307.06 | 2,176.97 |
| 08/13/2018 | 1978 | ATM/POS | NON-HUNTINGTON CASH WITHDRAWAL ***********8017 | 400.00 | | 1,776.97 |
| 08/13/2018 | 0 | Debit Card | MICROSOFT*XBOX LIVE GO ***********8017 | 10.59 | | 1,766.38 |
| 08/14/2018 | 26778 | ATM/POS | NON-HUNTINGTON CASH WITHDRAWAL ***********8017 | 202.00 | | 1,564.38 |
| 08/14/2018 | 272101 | ATM/POS | PURCHASE      EAST ROCHESTER ***********8017 | 37.96 | | 1,526.42 |
| 08/15/2018 | 0 | Debit Card | ORC*CREDIT ONE ***********8017 | 255.16 | | 1,271.26 |
| 08/15/2018 | 0 | Debit Card | DUQUESNE LIGHT PAYMENT ***********8017 | 123.73 | | 1,147.53 |
| 08/15/2018 | 0 | Debit Card | SQC*JAZZ ***********8017 | 20.00 | | 1,127.53 |
| 08/15/2018 | 85501 | ATM/POS | PURCHASE      SHEETZ 0128 ***********8017 | 11.84 | | 1,115.69 |
| 08/15/2018 | 3364 | ATM/POS | HUNTINGTON ATM CASH WITHDRAWAL ***********8017 | 400.00 | | 715.69 |
| 08/15/2018 | 0 | Electronic Debit | DISCOVER      PHONE PAY | 115.00 | | 600.69 |
| 08/16/2018 | 0 | Debit Card | METROPCS MOBILE ***********8017 | 86.00 | | 514.69 |
| 08/20/2018 | 1978 | ATM/POS | NON-HUNTINGTON CASH WITHDRAWAL ***********8017 | 160.00 | | 354.69 |
| 08/21/2018 | 26778 | ATM/POS | NON-HUNTINGTON CASH WITHDRAWAL ***********8017 | 62.00 | | 292.69 |
| 08/21/2018 | 26778 | ATM/POS | NON-HUNTINGTON CASH WITHDRAWAL ***********8017 | 62.00 | | 230.69 |
| 08/22/2018 | 0 | Direct Deposit | Acorns Investing Transfer | | 0.05 | 230.74 |
| 08/22/2018 | 0 | Direct Deposit | Acorns Investing Transfer | | 0.02 | 230.76 |
| 08/22/2018 | 0 | Electronic Debit | Acorns Investing Transfer | 30.00 | | 200.76 |
| 08/22/2018 | 0 | Electronic Debit | Acorns Investing Transfer | 32.00 | | 168.76 |
| 08/24/2018 | 0 | Direct Deposit | ANCHOR HOCKING L PAYROLL | | 937.34 | 1,106.10 |
| 08/24/2018 | 26778 | ATM/POS | NON-HUNTINGTON CASH WITHDRAWAL ***********8017 | 62.00 | | 1,044.10 |
| 08/24/2018 | 272101 | ATM/POS | PURCHASE      EAST ROCHESTER ***********8017 | 20.25 | | 1,023.85 |
| 08/24/2018 | 0 | Electronic Debit | Acorns Investing Transfer | 10.00 | | 1,013.85 |
| 08/24/2018 | 0 | Electronic Debit | Acorns Later  Transfer | 50.00 | | 963.85 |
| 08/27/2018 | 3364 | ATM/POS | HUNTINGTON ATM CASH WITHDRAWAL ***********8017 | 400.00 | | 563.85 |
| 08/28/2018 | 0 | Electronic Debit | Acorns Investing Transfer | 17.50 | | 546.35 |
| 08/29/2018 | 0 | Electronic Debit | Acorns Investing Transfer | 10.00 | | 536.35 |



Welcome.

Summary    Contacts    Account Info    Identification

DANA W WILEY    End Session

Active Account: Asterisk-Free Checking - 02051054375

Transaction Search

**Enter Search Criteria:**

| From: | 05/01/2018 | | Amount : | < Select > | | | Item Type : | <Select> |
|---|---|---|---|---|---|---|---|---|
| To : | 06/30/2018 | | Check No : | < Select > | | | | |

Search    Reset    Cancel

| Date | Number | Type | Payee | Debit | Credit | Running Balance |
|---|---|---|---|---|---|---|
| 05/01/2018 | 68651 | ATM/POS | NON-HUNTINGTON CASH WITHDRAWAL ***********8017 | 26.25 | | 835.61 |
| 05/04/2018 | 0 | Direct Deposit | ANCHOR HOCKING L PAYROLL | | 1,154.18 | 1,989.79 |
| 05/04/2018 | 0 | Debit Card | STATE FARM INSURANCE ***********8017 | 9.31 | | 1,980.48 |
| 05/04/2018 | 3364 | ATM/POS | HUNTINGTON ATM CASH WITHDRAWAL ***********8017 | 400.00 | | 1,580.48 |
| 05/07/2018 | 0 | Debit Card | WWE NETWORK ***********8017 | 10.59 | | 1,569.89 |
| 05/07/2018 | 1978 | ATM/POS | NON-HUNTINGTON CASH WITHDRAWAL ***********8017 | 200.00 | | 1,369.89 |
| 05/07/2018 | 3364 | ATM/POS | HUNTINGTON ATM CASH WITHDRAWAL ***********8017 | 80.00 | | 1,289.89 |
| 05/07/2018 | 0 | Electronic Debit | MARINER FINANCE  TRANS PMT | 137.38 | | 1,152.51 |
| 05/08/2018 | 0 | Debit Card | DUQUESNE LIGHT PAYMENT ***********8017 | 124.72 | | 1,027.79 |
| 05/08/2018 | 0 | Debit Card | ORC*CREDIT ONE ***********8017 | 109.95 | | 917.84 |
| 05/08/2018 | 0 | Debit Card | COMCAST THREE CS 1X ***********8017 | 100.00 | | 817.84 |
| 05/08/2018 | 0 | Fee | NON-HUNTINGTON ATM CASH WITHDRAWAL FEE | 24.00 | | 793.84 |
| 05/08/2018 | 0 | Fee | NON-HUNTINGTON ATM BALANCE INQUIRY FEE | 6.00 | | 787.84 |
| 05/09/2018 | 68651 | ATM/POS | NON-HUNTINGTON CASH WITHDRAWAL ***********8017 | 16.25 | | 771.59 |
| 05/10/2018 | 68651 | ATM/POS | NON-HUNTINGTON CASH WITHDRAWAL ***********8017 | 16.25 | | 755.34 |
| 05/11/2018 | 394002 | ATM/POS | PURCHASE     BIG LOTS  750 OHIO ***********8017 | 15.72 | | 739.62 |
| 05/14/2018 | 0 | Debit Card | BRIGHTON HOT DOG S ***********8017 | 6.58 | | 733.04 |
| 05/14/2018 | 85501 | ATM/POS | PURCHASE     SHEETZ 0128 ***********8017 | 25.56 | | 707.48 |
| 05/14/2018 | 0 | Debit Card | MICROSOFT*XBOX LIVE GO ***********8017 | 10.59 | | 696.89 |
| 05/14/2018 | 272101 | ATM/POS | PURCHASE     EAST ROCHESTER ***********8017 | 68.20 | | 628.69 |
| 05/18/2018 | 0 | Direct Deposit | ANCHOR HOCKING L PAYROLL | | 1,310.88 | 1,939.57 |
| 05/18/2018 | 0 | Direct Deposit | ANCHOR HOCKING L PAYROLL | | 60.37 | 1,999.94 |
| 05/18/2018 | 0 | Direct Deposit | ANCHOR HOCKING L PAYROLL | | 22.05 | 2,021.99 |
| 05/18/2018 | 68651 | ATM/POS | NON-HUNTINGTON CASH WITHDRAWAL ***********8017 | 16.25 | | 2,005.74 |
| 05/21/2018 | 3364 | ATM/POS | HUNTINGTON ATM CASH WITHDRAWAL ***********8017 | 400.00 | | 1,605.74 |
| 05/21/2018 | 394002 | ATM/POS | PURCHASE     BIG LOTS  750 OHIO ***********8017 | 18.02 | | 1,587.72 |
| 05/21/2018 | 272101 | ATM/POS | PURCHASE     EAST ROCHESTER ***********8017 | 31.09 | | 1,556.63 |
| 05/21/2018 | 0 | Debit Card | COMCAST THREE CS 1X ***********8017 | 317.77 | | 1,238.86 |
| 05/21/2018 | 0 | Debit Card | METROPCS MOBILE ***********8017 | 80.00 | | 1,158.86 |
| 05/21/2018 | 394002 | ATM/POS | PURCHASE     BIG LOTS  750 OHIO ***********8017 | 12.48 | | 1,146.38 |
| 05/21/2018 | 26778 | ATM/POS | NON-HUNTINGTON CASH WITHDRAWAL ***********8017 | 82.00 | | 1,064.38 |
| 05/21/2018 | 0 | Electronic Debit | CHASE CREDIT CRD EPAY | 100.00 | | 964.38 |
| 05/21/2018 | 0 | Electronic Debit | DISCOVER     PHONE PAY | 119.00 | | 845.38 |
| 05/22/2018 | 0 | Debit Card | DS SERVICES STANDARD C ***********8017 | 16.07 | | 829.31 |
| 05/29/2018 | 85501 | ATM/POS | PURCHASE     SHEETZ 0128 ***********8017 | 9.21 | | 820.10 |
| 05/29/2018 | 1978 | ATM/POS | NON-HUNTINGTON CASH WITHDRAWAL ***********8017 | 20.00 | | 800.10 |
| 05/29/2018 | 26778 | ATM/POS | NON-HUNTINGTON CASH WITHDRAWAL ***********8017 | 102.00 | | 698.10 |
| 05/29/2018 | 272101 | ATM/POS | PURCHASE     EAST ROCHESTER ***********8017 | 32.57 | | 665.53 |
| 05/30/2018 | 394002 | ATM/POS | PURCHASE     BIG LOTS  750 OHIO ***********8017 | 33.65 | | 631.88 |
| 05/30/2018 | 10000 | ATM/POS | PURCHASE     AUTOZONE  714 OHIO ***********8017 | 90.05 | | 541.83 |
| 05/30/2018 | 3364 | ATM/POS | HUNTINGTON ATM CASH WITHDRAWAL ***********8017 | 400.00 | | 141.83 |
| 05/30/2018 | 100100 | ATM/POS | PURCHASE     AUTOZONE  714 OHIO ***********8017 | 43.42 | | 98.41 |
| 05/31/2018 | 0 | Debit Card | BRIGHTON HOT DOG S ***********8017 | 3.98 | | 94.43 |
| 06/01/2018 | 0 | Direct Deposit | ANCHOR HOCKING L PAYROLL | | 1,436.63 | 1,531.06 |
| 06/04/2018 | 26778 | ATM/POS | NON-HUNTINGTON CASH WITHDRAWAL ***********8017 | 102.00 | | 1,429.06 |
| 06/04/2018 | 188301 | ATM/POS | PURCHASE     WAL-MART #1883 ***********8017 | 20.12 | | 1,408.94 |
| 06/04/2018 | 0 | Debit Card | SUBWAY     00642876 ***********8017 | 7.90 | | 1,401.04 |
| 06/04/2018 | 0 | Debit Card | DAIRY QUEEN     QPS ***********8017 | 4.66 | | 1,396.38 |
| 06/04/2018 | 272101 | ATM/POS | PURCHASE     EAST ROCHESTER ***********8017 | 8.78 | | 1,387.60 |
| 06/04/2018 | 0 | Debit Card | ORC*CREDIT ONE ***********8017 | 83.09 | | 1,304.51 |
| 06/04/2018 | 0 | Debit Card | DUQUESNE LIGHT PAYMENT ***********8017 | 56.89 | | 1,247.62 |
| 06/04/2018 | 272101 | ATM/POS | PURCHASE     EAST ROCHESTER ***********8017 | 25.84 | | 1,221.78 |
| 06/04/2018 | 0 | Electronic Debit | CHASE CREDIT CRD EPAY | 86.17 | | 1,135.61 |
| 06/05/2018 | 0 | Debit Card | WWE NETWORK ***********8017 | 10.59 | | 1,125.02 |
| 06/06/2018 | 0 | Debit Card | STATE FARM INSURANCE ***********8017 | 10.58 | | 1,114.44 |
| 06/06/2018 | 0 | Electronic Debit | MARINER FINANCE  TRANS PMT | 137.38 | | 977.06 |
| 06/07/2018 | 0 | Debit Card | LAW#7001©  ***********8017 | 9.21 | | 967.85 |
| 06/07/2018 | 0 | Fee | NON-HUNTINGTON ATM CASH WITHDRAWAL FEE | 21.00 | | 946.85 |
| 06/07/2018 | 0 | Fee | NON-HUNTINGTON ATM BALANCE INQUIRY FEE | 3.00 | | 943.85 |
| 06/11/2018 | 0 | Debit Card | DAIRY QUEEN     QPS ***********8017 | 12.06 | | 931.79 |
| 06/11/2018 | 3364 | ATM/POS | HUNTINGTON ATM CASH WITHDRAWAL ***********8017 | 400.00 | | 531.79 |
| 06/11/2018 | 1 | ATM/POS | PURCHASE     RITE AID STORE ***********8017 | 64.98 | | 466.81 |
| 06/11/2018 | 613170 | ATM/POS | PURCHASE     DOLLAR GENERAL ***********8017 | 18.54 | | 448.27 |
| 06/11/2018 | 272101 | ATM/POS | PURCHASE     EAST ROCHESTER ***********8017 | 8.81 | | 439.46 |
| 06/13/2018 | 160866035 | Deposit | DEPOSIT | | 1,575.45 | 2,014.91 |
| 06/13/2018 | 0 | Debit Card | MICROSOFT*XBOX LIVE GO ***********8017 | 10.59 | | 2,004.32 |
| 06/13/2018 | 830040 | ATM/POS | PURCHASE     WM SUPERCENTER ***********8017 | 46.16 | | 1,958.16 |
| 06/15/2018 | 0 | Direct Deposit | ANCHOR HOCKING L PAYROLL | | 812.36 | 2,770.52 |
| 06/15/2018 | 85501 | ATM/POS | PURCHASE     SHEETZ 0128 ***********8017 | 3.18 | | 2,767.34 |
| 06/18/2018 | 0 | Debit Card | DAIRY QUEEN     QPS ***********8017 | 6.56 | | 2,760.78 |
| 06/18/2018 | 0 | Debit Card | JPAY ***********8017 | 79.75 | | 2,681.03 |
| 06/18/2018 | 0 | Debit Card | JPAY ***********8017 | 79.75 | | 2,601.28 |
| 06/18/2018 | 3364 | ATM/POS | HUNTINGTON ATM CASH WITHDRAWAL ***********8017 | 400.00 | | 2,201.28 |
| 06/21/2018 | 68651 | ATM/POS | NON-HUNTINGTON CASH WITHDRAWAL ***********8017 | 201.25 | | 2,000.03 |
| 06/21/2018 | 3364 | ATM/POS | HUNTINGTON ATM CASH WITHDRAWAL ***********8017 | 400.00 | | 1,600.03 |
| 06/22/2018 | 110000 | ATM/POS | PURCHASE     AUTOZONE  714 OHIO ***********8017 | 25.42 | | 1,574.61 |
| 06/22/2018 | 272101 | ATM/POS | PURCHASE     EAST ROCHESTER ***********8017 | 38.06 | | 1,536.55 |
| 06/22/2018 | 0 | Electronic Debit | DISCOVER     PAYMENTS | 119.00 | | 1,417.55 |
| 06/25/2018 | 0 | Debit Card | METROPCS MOBILE ***********8017 | 80.00 | | 1,337.55 |
| 06/25/2018 | 272101 | ATM/POS | PURCHASE     EAST ROCHESTER ***********8017 | 16.19 | | 1,321.36 |
| 06/26/2018 | 0 | Electronic Debit | CHASE CREDIT CRD EPAY | 100.00 | | 1,221.36 |
| 06/26/2018 | 0 | Electronic Debit | DISCOVER     PHONE PAY | 119.00 | | 1,102.36 |
| 06/28/2018 | 272101 | ATM/POS | PURCHASE     EAST ROCHESTER ***********8017 | 18.36 | | 1,084.00 |
| 06/29/2018 | 0 | Direct Deposit | ANCHOR HOCKING L PAYROLL | | 1,030.42 | 2,114.42 |



Welcome:

Summary     Contacts     Account Info     Identification

DANA W WILEY   End Session

Active Account: Asterisk-Free Checking - 02051054375

Transaction Search

**Enter Search Criteria:**

| | | | | |
|---|---|---|---|---|
| ☑ From : | 04/01/2018 🗓 | Amount : | < Select > | Item Type : | <Select> |
| ☑ To : | 05/30/2018 🗓 | Check No : | < Select > | | |

Search     Reset     Cancel

| Date | Number | Type | Payee | Debit | Credit | Running Balance |
|---|---|---|---|---|---|---|
| 04/02/2018 | 0 | Debit Card | ORC*CREDIT ONE ***********8017 | 81.87 | | 3,885.87 |
| 04/02/2018 | 0 | Debit Card | DUQUESNE LIGHT PAYMENT ***********8017 | 133.31 | | 3,752.56 |
| 04/02/2018 | 0 | Debit Card | COMCAST THREE CS 1X ***********8017 | 324.50 | | 3,428.06 |
| 04/02/2018 | 0 | Electronic Debit | CHASE CREDIT CRD EPAY | 57.00 | | 3,371.06 |
| 04/03/2018 | 3364 | ATM/POS | HUNTINGTON ATM CASH WITHDRAWAL ***********8017 | 400.00 | | 2,971.06 |
| 04/04/2018 | 0 | Debit Card | STATE FARM INSURANCE ***********8017 | 10.58 | | 2,960.48 |
| 04/06/2018 | 0 | Direct Deposit | ANCHOR HOCKING L PAYROLL | | 1,307.19 | 4,267.67 |
| 04/06/2018 | 0 | Debit Card | BAM*WWE NETWORK ***********8017 | 10.59 | | 4,257.08 |
| 04/06/2018 | 0 | Electronic Debit | MARINER FINANCE TRANS PMT | 137.38 | | 4,119.70 |
| 04/06/2018 | 0 | Fee | NON-HUNTINGTON ATM CASH WITHDRAWAL FEE | 27.00 | | 4,092.70 |
| 04/06/2018 | 0 | Fee | NON-HUNTINGTON ATM BALANCE INQUIRY FEE | 6.00 | | 4,086.70 |
| 04/09/2018 | 394002 | ATM/POS | PURCHASE      BIG LOTS 750 OHIO ***********8017 | 89.30 | | 3,997.40 |
| 04/10/2018 | 0 | Debit Card | BRIGHTON HOT DOG S ***********8017 | 10.06 | | 3,987.34 |
| 04/10/2018 | 394002 | ATM/POS | PURCHASE      BIG LOTS 750 OHIO ***********8017 | 48.93 | | 3,938.41 |
| 04/10/2018 | 26778 | ATM/POS | NON-HUNTINGTON ATM CASH WITHDRAWAL ***********8017 | 142.00 | | 3,796.41 |
| 04/11/2018 | 29099 | ATM/POS | PURCHASE      USPS PO 4 257 CONN ***********8017 | 249.96 | | 3,546.45 |
| 04/11/2018 | 613170 | ATM/POS | PURCHASE      DOLLAR GENERAL ***********8017 | 19.39 | | 3,527.06 |
| 04/12/2018 | 26778 | ATM/POS | NON-HUNTINGTON ATM CASH WITHDRAWAL ***********8017 | 202.00 | | 3,325.06 |
| 04/12/2018 | 3364 | ATM/POS | HUNTINGTON ATM CASH WITHDRAWAL ***********8017 | 100.00 | | 3,225.06 |
| 04/16/2018 | 0 | Debit Card | METROPCS MOBILE ***********8017 | 80.00 | | 3,145.06 |
| 04/17/2018 | 68651 | ATM/POS | NON-HUNTINGTON ATM CASH WITHDRAWAL ***********8017 | 11.25 | | 3,133.81 |
| 04/18/2018 | 68651 | ATM/POS | NON-HUNTINGTON ATM CASH WITHDRAWAL ***********8017 | 16.25 | | 3,117.56 |
| 04/19/2018 | 68651 | ATM/POS | NON-HUNTINGTON ATM CASH WITHDRAWAL ***********8017 | 201.25 | | 2,916.31 |
| 04/20/2018 | 0 | Direct Deposit | ANCHOR HOCKING L PAYROLL | | 1,117.61 | 4,033.92 |
| 04/23/2018 | 394002 | ATM/POS | PURCHASE      BIG LOTS 750 OHIO ***********8017 | 35.11 | | 3,998.81 |
| 04/23/2018 | 394002 | ATM/POS | PURCHASE      BIG LOTS 750 OHIO ***********8017 | 31.38 | | 3,967.43 |
| 04/23/2018 | 272101 | ATM/POS | PURCHASE      EAST ROCHESTER ***********8017 | 18.51 | | 3,948.92 |
| 04/24/2018 | 26778 | ATM/POS | NON-HUNTINGTON ATM CASH WITHDRAWAL ***********8017 | 102.00 | | 3,846.92 |
| 04/24/2018 | 394002 | ATM/POS | PURCHASE      BIG LOTS 750 OHIO ***********8017 | 13.09 | | 3,833.83 |
| 04/27/2018 | 0 | Electronic Debit | CHASE CREDIT CRD EPAY | 2,901.66 | | 932.17 |
| 04/30/2018 | 394002 | ATM/POS | PURCHASE      BIG LOTS 750 OHIO ***********8017 | 17.52 | | 914.65 |
| 04/30/2018 | 613170 | ATM/POS | PURCHASE      DOLLAR GENERAL ***********8017 | 7.55 | | 907.10 |
| 04/30/2018 | 394002 | ATM/POS | PURCHASE      BIG LOTS 750 OHIO ***********8017 | 21.76 | | 885.34 |
| 04/30/2018 | 272101 | ATM/POS | PURCHASE      EAST ROCHESTER ***********8017 | 23.48 | | 861.86 |
| 05/01/2018 | 68651 | ATM/POS | NON-HUNTINGTON ATM CASH WITHDRAWAL ***********8017 | 26.25 | | 835.61 |
| 05/04/2018 | 0 | Direct Deposit | ANCHOR HOCKING L PAYROLL | | 1,154.18 | 1,989.79 |
| 05/04/2018 | 0 | Debit Card | STATE FARM INSURANCE ***********8017 | 9.31 | | 1,980.48 |
| 05/04/2018 | 3364 | ATM/POS | HUNTINGTON ATM CASH WITHDRAWAL ***********8017 | 400.00 | | 1,580.48 |
| 05/07/2018 | 0 | Debit Card | WWE NETWORK ***********8017 | 10.59 | | 1,569.89 |
| 05/07/2018 | 1978 | ATM/POS | NON-HUNTINGTON ATM CASH WITHDRAWAL ***********8017 | 200.00 | | 1,369.89 |
| 05/07/2018 | 3364 | ATM/POS | HUNTINGTON ATM CASH WITHDRAWAL ***********8017 | 80.00 | | 1,289.89 |
| 05/07/2018 | 0 | Electronic Debit | MARINER FINANCE TRANS PMT | 137.38 | | 1,152.51 |
| 05/08/2018 | 0 | Debit Card | DUQUESNE LIGHT PAYMENT ***********8017 | 124.72 | | 1,027.79 |
| 05/08/2018 | 0 | Debit Card | ORC*CREDIT ONE ***********8017 | 109.95 | | 917.84 |
| 05/08/2018 | 0 | Debit Card | COMCAST THREE CS 1X ***********8017 | 100.00 | | 817.84 |
| 05/08/2018 | 0 | Fee | NON-HUNTINGTON ATM CASH WITHDRAWAL FEE | 24.00 | | 793.84 |
| 05/08/2018 | 0 | Fee | NON-HUNTINGTON ATM BALANCE INQUIRY FEE | 6.00 | | 787.84 |
| 05/09/2018 | 68651 | ATM/POS | NON-HUNTINGTON ATM CASH WITHDRAWAL ***********8017 | 16.25 | | 771.59 |
| 05/10/2018 | 68651 | ATM/POS | NON-HUNTINGTON ATM CASH WITHDRAWAL ***********8017 | 16.25 | | 755.34 |
| 05/11/2018 | 394002 | ATM/POS | PURCHASE      BIG LOTS 750 OHIO ***********8017 | 15.72 | | 739.62 |
| 05/14/2018 | 0 | Debit Card | BRIGHTON HOT DOG S ***********8017 | 6.58 | | 733.04 |
| 05/14/2018 | 85501 | ATM/POS | PURCHASE      SHEETZ 0128 ***********8017 | 25.56 | | 707.48 |
| 05/14/2018 | 0 | Debit Card | MICROSOFT*XBOX LIVE GO ***********8017 | 10.59 | | 696.89 |
| 05/14/2018 | 272101 | ATM/POS | PURCHASE      EAST ROCHESTER ***********8017 | 68.20 | | 628.69 |
| 05/18/2018 | 0 | Direct Deposit | ANCHOR HOCKING L PAYROLL | | 1,310.88 | 1,939.57 |
| 05/18/2018 | 0 | Direct Deposit | ANCHOR HOCKING L PAYROLL | | 60.37 | 1,999.94 |
| 05/18/2018 | 0 | Direct Deposit | ANCHOR HOCKING L PAYROLL | | 22.05 | 2,021.99 |
| 05/18/2018 | 68651 | ATM/POS | NON-HUNTINGTON ATM CASH WITHDRAWAL ***********8017 | 16.25 | | 2,005.74 |
| 05/21/2018 | 3364 | ATM/POS | HUNTINGTON ATM CASH WITHDRAWAL ***********8017 | 400.00 | | 1,605.74 |
| 05/21/2018 | 394002 | ATM/POS | PURCHASE      BIG LOTS 750 OHIO ***********8017 | 18.02 | | 1,587.72 |
| 05/21/2018 | 272101 | ATM/POS | PURCHASE      EAST ROCHESTER ***********8017 | 31.09 | | 1,556.63 |
| 05/21/2018 | 0 | Debit Card | COMCAST THREE CS 1X ***********8017 | 317.77 | | 1,238.86 |
| 05/21/2018 | 0 | Debit Card | METROPCS MOBILE ***********8017 | 80.00 | | 1,158.86 |
| 05/21/2018 | 394002 | ATM/POS | PURCHASE      BIG LOTS 750 OHIO ***********8017 | 12.48 | | 1,146.38 |
| 05/21/2018 | 26778 | ATM/POS | NON-HUNTINGTON ATM CASH WITHDRAWAL ***********8017 | 82.00 | | 1,064.38 |
| 05/21/2018 | 0 | Electronic Debit | CHASE CREDIT CRD EPAY | 33.65 | | 964.38 |
| 05/21/2018 | 0 | Electronic Debit | DISCOVER      PHONE PAY | 119.00 | | 845.38 |
| 05/22/2018 | 0 | Debit Card | DS SERVICES STANDARD C ***********8017 | 16.07 | | 829.31 |
| 05/29/2018 | 85501 | ATM/POS | PURCHASE      SHEETZ 0128 ***********8017 | 9.21 | | 820.10 |
| 05/29/2018 | 1978 | ATM/POS | NON-HUNTINGTON ATM CASH WITHDRAWAL ***********8017 | 20.00 | | 800.10 |
| 05/29/2018 | 26778 | ATM/POS | NON-HUNTINGTON ATM CASH WITHDRAWAL ***********8017 | 102.00 | | 698.10 |
| 05/29/2018 | 272101 | ATM/POS | PURCHASE      EAST ROCHESTER ***********8017 | 32.57 | | 665.53 |
| 05/30/2018 | 394002 | ATM/POS | PURCHASE      BIG LOTS 750 OHIO ***********8017 | 33.85 | | 631.68 |
| 05/30/2018 | 10000 | ATM/POS | PURCHASE      AUTOZONE 714 OHIO ***********8017 | 90.05 | | 541.63 |
| 05/30/2018 | 3364 | ATM/POS | HUNTINGTON ATM CASH WITHDRAWAL ***********8017 | 400.00 | | 141.83 |
| 05/30/2018 | 100100 | ATM/POS | PURCHASE      AUTOZONE 714 OHIO ***********8017 | 43.42 | | 98.41 |