Question #6
Prepaying fees or cost
house
Transportation
Utilities
loan payments

Subject: **Arbors Management Inc. - Online Payment Confirmation**
From: donotreply@appfolio.com
To: williamdana806@yahoo.com
Date: Wednesday, August 8, 2018, 2:11:55 AM EDT

This message contains blocked images. Show images or Always show images

Company Logo

Hello Dana Wiley,

Thank you for your payment of $437.00 on 08/08/2018.

You will see a charge from AF*Arbors Management . on your credit or debit card statement totaling $437.00.

The details of your payment are as follows:

Confirmation Number: E8EZ-YX36

| | |
|---|---:|
| Amount | $425.00 |
| Convenience Fee | $12.00 |
| **Total** | **$437.00** |

Card Number: ••••••••••••2241

Card Type: Visa

Paid On: 08/08/2018 02:11 AM (EDT)

To make future payments, go to your online portal.

Thank you for choosing Arbors Management Inc.

Arbors Management Inc.

(800) 963-1280

www.arbors.com

Powered by Appfolio

**DLC**
— DUQUESNE LIGHT CO.—
DuquesneLight.com
412-393-7100

**Customer Name and Service Address:**
DANA W WILEY
531 CASE ST APT 9
ROCHESTER, PA 15074-1765
**BILL ID:** 722026348316

**Account Number:** 7220-260-000
**Rate:** RH-Residential Heating
**Date Prepared:** 08/15/18

## Meter Reading Usage Information

Next Scheduled Meter Reading Date: September 13, 2018

**Meter Read Information for Meter Number:** F73527434

| | | | |
|---|---|---|---|
| Present: | Aug 14, 2018 | - Actual | 18691.5260 |
| Prior: | Jul 15, 2018 | - Actual | 18370.9670 |
| | Difference | | 320.5590 |
| Your Meter Multiplier | | x | 1 |
| | Total kWh Used | | 320.5590 |

**Electric Usage:**

Comparing Your Usage

| | Aug 17 | Aug 18 |
|---|---|---|
| Avg. kWh Per Day | 0 | 11 |
| Avg. Temperature (F) | 0 | 73 |
| YTD Usage (kWh) | 0 | 1422 |

kWh:
386
291
194
97
0
   S  O  N  D  J  F  M  A  M  J  J  A
   ■ Prior 12 Months    ▨ Latest 12 Months

**DAYS IN BILLING PERIOD**

| S | O | N | D | J | F | M | A | M | J | J | A |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 29 | 30 | 32 | 30 |

- Your Average usage for the past 4 months is 355 kWh.
- Total Usage for the past 4 months is 1422 kWh.

## Summary

**Prior Billing Information**

| | |
|---|---|
| Amount of Last Bill | $119.75 |
| Payment(s) Received as of 08/13/18 | -$121.23 |
| Prior Account Balance | -$1.4 |

**Current Billing Information**

| | |
|---|---|
| DLC Basic Service Charges | $58.1 |
| **TOTAL ACCOUNT BALANCE PAYABLE TO DLC** | **$56.6** |

**ACTUAL METER READING BILL**

For more information see www.duquesnelight.com.

Give to Dollar Energy Fund to help people without heat or light. Make a monthly pledge at www.duquesnelight.com or send a check to Duquesne Light Hardship Fund Donations, 411 Seventh Avenue MD 15-1, Pittsburgh, PA 15219. Your gift is tax deductible.

| Estimated Gross Receipts Tax | Estimated PA State Taxes | Late Charge After Sept 5, 2018 | Payment Due | Amount Due |
|---|---|---|---|---|
| $3.34 | $3.86 | 1.25% | Sept 5, 2018 | $56.63 |

---

Please return this portion with your payment. Please enclose check facing forward. Make payment payable to Duquesne Light Company in US Currency.

**Account Number**
7220-260-000

**PLEASE PAY THIS AMOUNT BY SEP 5, 2018**
$56.63

$ ☐☐☐☐☐☐☐☐
**USD Amount Enclosed**
☐

To make account changes, enroll in Autopay or pledge to the Dollar Energy Fund, please update information on the back of this coupon and check the box to the right.

#BWNHBYB
#5125 4158 2070 0218#

DANA W WILEY
531 CASE ST APT 9
ROCHESTER, PA 15074-1765

DUQUESNE LIGHT COMPANY
PAYMENT PROCESSING CENTER
PO BOX 67
PITTSBURGH, PA 15267-0001

72202600003  000000000000  000000056630  000000056630

**DANA WILEY**  
537 CASE ST APT 5  
ROCHESTER PA 15074

Account Statement

6009 007984 21  Page 1 of 1

10/06/2017 to 08/04/2018

| Date | Time | Teller | Transaction Code | Cash/Check/Jou | Description | Transaction Amount | Principal | Interest | Late Charge | Fees | Other Fees | Partial Payment | Refund | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/06/2017 | 10:14:58 | 979 - ERICA JOHNSON | 22 | | LOAN FILE MAINT | | | | | | | | | 5,220.44 |
| 10/06/2017 | 10:15:00 | 9996 - GOLDAcquire Plus Teller (Do not Delete) | 9 | | CREATED BY EJOHNSON USING GOLDACQUIRE | -5,220.44 | 5,220.44 | | | | | | | 5,220.44 |
| 11/10/2017 | 13:02:05 | 1163 - EMILY PFAFF | 600 | Chk | MAILED PAYMENT | 150.00 | -150.00 | | | | | 12.62 | | 5,070.44 |
| 12/07/2017 | 13:18:23 | 2564 - TINA MITCHELL | 600 | Chk | MAILED PAYMENT | 140.00 | -140.00 | | | | | 15.24 | | 4,930.44 |
| 01/09/2018 | 14:58:52 | 1024 - GINI BAILEY | 600 | Chk | MAILED PAYMENT | 140.00 | -140.00 | | | | | 17.86 | | 4,790.44 |
| 02/08/2018 | 12:39:14 | 1284 - JAIMEE HEATER | 600 | Chk | MAILED PAYMENT | 140.00 | -140.00 | | | | | 20.48 | | 4,650.44 |
| 03/02/2018 | 13:14:54 | 1284 - JAIMEE HEATER | 600 | Chk | MAILED PAYMENT | 140.00 | -140.00 | | | | | 23.10 | | 4,510.44 |
| 04/05/2018 | 06:00:58 | 9998 | 600 | Jnl | RECURRING PMT | 137.38 | -137.38 | | | | | 23.10 | | 4,373.06 |
| 05/05/2018 | 06:01:02 | 9998 | 600 | Jnl | RECURRING PMT | 137.38 | -137.38 | | | | | 23.10 | | 4,235.68 |
| 06/05/2018 | 06:01:01 | 9998 | 600 | Jnl | RECURRING PMT | 137.38 | -137.38 | | | | | 23.10 | | 4,098.30 |
| 07/05/2018 | 06:01:08 | 9998 | 600 | Jnl | RECURRING PMT | 137.38 | -137.38 | | | | | 23.10 | | 3,960.92 |
| 08/04/2018 | 06:01:01 | 9998 | 600 | Jnl | RECURRING PMT | 137.38 | -137.38 | | | | | 23.10 | | 3,823.54 |

Total Number of Items  12  
Original Balance  5,220.44  
LIP Balance  
Date Last Accrued  08/01/18

*[Handwritten note: Paid off in full $3,022.43 confirmation No. 292-704-91 Date Sep 4, 2018]*

354 MARINER FINANCE, LLC                    8/30/2018 1:37:08 PM                    Disclosure History

*Prepaying fees or cost*
*question #7*



RECEIPT/RECIBO
Thank you/Gracias

TRACKING NUMBER (MTCN)/
NO. DE CONTROL DEL ENVIO.
153-779-9523

For Customer Service, please call 1-800-325-6000/Para
comunicarse con el servicio de atención al cliente, llame
al 1-800-325-6000

My WU® #
Total Points/Puntos totales

EAST ROCHESTER SHOP N SAVE
750 OHIO RIVER BLVD, PA

Money Transfer/Envio de Dinero:
CASH

Operator ID/No. ID del Operador: 050

Date of Transaction/Fecha de Transacción
August 25, 2018/Agosto 25, 2018

Time of Transaction/Hora de la Transacción
04:18 PM EDT

Sender/Remitente
DANA WILEY
537 CASE ST, ROCHESTER, PA 15074 USA
7245587679

Receiver/Destinatario
CAPRICE WILEY
, PA

Expected Payout Location/
Localidad donde Esperan Pago
PA, United States

Service Type/Tipo de Servicio
MONEY IN MINUTES

| | | |
|---|---|---|
| Transfer Amount/ Cantidad de Envio | | 200.00 USD |
| Transfer Fees/ Cargos por Envio | + | 12.50 USD |
| Additional Fees/ Cargos Adicionales | . | . |
| Transfer Taxes/ Impuestos de Envio | + | 0.00 USD |
| Promotion Discount/ Descuento Promocional | | USD |
| Total / Total | | 212.50 USD |
| Transfer Amount/ | | 200.00 USD |