| Prepaying fees or cost |
|---|
| question #2 |
| work statement by |
| Anchor hocking |

000566
CO.   FILE   DEPT.   CLOCK   VCHR.NO.
430-0001

Page   1(Con't Next Page)

**ANCHOR HOCKING COMPANY**
1115 WEST 5TH AVE
LANCASTER, OHIO 43130

# Earnings Statement

Period Beginning: 08/05/2018
Period Ending: 08/18/2018
Pay Date: 08/24/2018

Taxable Marital Status:   Single
Exemptions/Allowances:
　Federal:   0
　PA:   N/A

DANA WILEY
537 CASE STREET, APT. #5
ROCHESTER PA 15074

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0500 | 72.00 | 1,227.60 | 18,270.18 |
| Overtime | 23.1900 | 4.00 | 92.76 | 11,146.12 |
| Overtime | 25.5750 | 8.00 | 204.60 | |
| Quality Bonus | | | 50.00 | 50.00 |
| 2Nd Shift Prem | | | 11.20 | |
| 3Rd Shift Prem | | | 14.40 | |
| Holiday | | | | 623.92 |
| Rcibonus | | | | 50.00 |
| Vacation | | | | 247.36 |
| **Gross Pay** | | | **$1,600.56** | 32,422.10 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -142.93 | 3,300.28 |
| | Social Security Tax | -95.29 | 1,942.26 |
| | Medicare Tax | -22.29 | 454.24 |
| | PA State Income Tax | -47.19 | 961.75 |
| | Monaca Boro Income Tax | -15.37 | 313.30 |
| | PA SUI/SDI Tax | -0.96 | 19.45 |
| | Other | | |
| | Assessment Ded | -1.68 | |
| | Criticalillness | -4.48 | 76.16 |
| | Dental | -3.69* | 61.76 |
| | Hosp Indemnity | -15.42 | 262.14 |
| | Local Servc Tax | -2.00 | 36.00 |
| | Medical | -59.53* | 1,023.58 |
| | Steelwkrs Ded | -23.21 | 419.87 |
| | Vision | -0.36* | 9.95 |

| Other | this period | year to date |
|---|---|---|
| Volaccins | -7.62 | 129.54 |
| Voluntary Ltd | -12.06 | |
| Volwholelife | -26.00 | 442.00 |
| 401(K) Emp Cont | -142.58* | 2,523.71 |
| 401(K) Loan 1 | -40.56 | 689.52 |
| Tax Levy | | 55.50 |
| **Net Pay** | **$937.34** | |
| Direct Deposit1 | -937.34 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,394.40

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Head Count | 1.00 | |
| Hrswkd | 84.00 | 1,652.80 |
| Memo For Pao | 2.00 | |
| Steelworker Clc | 1,600.56 | |
| Talx Memo 1 | 1,253.20 | |
| Talx Memo 2 | 297.36 | |
| 40L Non-Elect | 14.26 | |
| 401-K Er Match | 42.78 | |
| 401K Elig Wages | 1,425.84 | 25,237.06 |
| All Union Dues | | 1.73 |

©1998, 2006. ADP, LLC All Rights Reserved.

© 2000 ADP, LLC

◄ TEAR HERE

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

ANCHOR HOCKING COMPANY
1115 WEST 5TH AVE
LANCASTER, OHIO 43130

Advice number:   00000340384
Pay date:   08/24/2018



Deposited to the account of
**DANA WILEY**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx4375 | xxxx xxxx | $937.34 |

# NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   ■   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

000567
V29   005760  222563  S   0060340364
Page  2                               430-0001

ANCHOR HOCKING COMPANY
1115 WEST 5TH AVE
LANCASTER, OHIO 43130

# Earnings Statement 

Period Beginning:   08/05/2018
Period Ending:      08/18/2018
Pay Date:           08/24/2018

Taxable Marital Status:   Single
Exemptions/Allowances:
    Federal:   0
    PA:        N/A

DANA WILEY
537 CASE STREET, APT. #5
ROCHESTER PA 15074

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hlth Plan Value |  | 284.38 |
| 401K Non-Elect |  | 91.75 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 724-773-3292

©1998, 2006. ADP, LLC  All Rights Reserved.

▼TEAR HERE

© 2000 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CONTINUED FROM PRIOR PAGE
YOUR VOUCHER IS PROVIDED ON PAGE 1

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT