Repaying fees or cost
question #8
credit card statements
Discover,
Chase

# CHASE

Manage your account online:
www.chase.com

Customer Service:
1-800-524-3880

Mobile: Download the
Chase Mobile® app today



September 2018

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 |   |   |   |   |   |   |

**New Balance**
$1,390.00

**Minimum Payment Due**
$78.00

**Payment Due Date**
09/26/18

## CHASE FREEDOM UNLIMITED REWARDS SUMMARY

| | |
|---|---|
| Previous points balance | 11,957 |
| +1.5% (1.5 Pts)/$1 earned on all purchases | 656 |
| **Total points available for redemption** | **12,613** |

Start redeeming today. Visit Ultimate Rewards® at www.ultimaterewards.com

You earn unlimited 1.5% cash back on all purchases- it's automatic! Redeem for cash with no minimum, and your Cash Back rewards do not expire as long as your account is open.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 9 years | $3,102 |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

**Account Number:  4266 8414 9547 2241**

| | |
|---|---|
| Previous Balance | $1,088.47 |
| Payment, Credits | -$200.00 |
| Purchases | +$437.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | +$33.00 |
| Interest Charged | +$31.53 |
| **New Balance** | **$1,390.00** |
| Opening/Closing Date | 08/02/18 - 09/02/18 |
| Credit Limit | $4,500 |
| Available Credit | $3,110 |
| Cash Access Line | $900 |
| Available for Cash | $900 |
| **Past Due Amount** | **$0.00** |
| **Balance over the Credit Limit** | **$0.00** |

0000001  FIS33339 C 1     N  Z  01  18/09/02     Page 1 of 2     06610  MA MA 60860    24510000010456086001
0509



# DISCOVER

**Discover it® Card**
Account number ending in 0585
Open Date: Jul 27, 2018 - Close Date: Aug 26, 2018
Cardmember Since 2016

Page 1 of 4

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous Balance | | $5,750.44 |
| Payments and Credits | − | $115.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Fees Charged | + | $0.00 |
| Interest Charged | + | $91.39 |
| New Balance | | $5,726.83 |

See Interest Charge Calculation section following the Transactions section for detailed APR information

| | |
|---|---|
| Credit Line | $6,200 |
| Credit Line Available | $473 |
| Cash Advance Credit Line | $3,200 |
| Cash Advance Credit Line Available | $473 |

You may be able to avoid interest on Purchases.
See reverse for details.

**FICO 646**
Your FICO® Credit Score on 8/20/18

Track recent FICO® Scores on our mobile app or online

Thank you for your continued enrollment in DirectPay automatic payments. Your next automatic payment of $115.00 will be on September 21, 2018. See "Information For You" section for additional details.

## PAYMENT INFORMATION

| | |
|---|---|
| **New Balance** | **$5,726.83** |
| Minimum Payment Due | $115.00 |
| Payment Due Date | September 21, 2018 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 22 years | $17,992 |
| $209 | 3 years | $7,530 (Savings = $10,462) |

If you would like information about credit counseling services, call 1-800-347-1121.

## REWARDS



**Cashback Bonus®**  Anniversary Month September

| | | |
|---|---|---|
| Opening Balance | $ | 9.24 |
| New Cashback Bonus This Period | + $ | 0.00 |
| Redeemed This Period | − $ | 0.00 |
| **Cashback Bonus Balance** | **$** | **9.24** |

To learn more, log in at **Discover.com**

---

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Make Check payable to Discover. Do Not Send Cash.
Please fold on the perforation below, detach and return with your payment.

**Payment Coupon**
Please do not fold, clip or staple.

 **Pay Online** Discover.com

 **Pay by Phone** 1-800-347-3085

| | |
|---|---|
| Account number ending in | 0585 |
| Minimum Payment Due | $115.00 |
| New Balance | $5,726.83 |
| Payment Due Date | September 21, 2018 |
| Amount enclosed | $ |

000243068 01 AV  0.375 T0   26  SDS1RA09    705
DANA WILEY
531 CASE ST APT 9
ROCHESTER PA 15074-1765



PO BOX 742655
CINCINNATI, OH 45274-2655

Phone and Internet payments must be received before midnight ET on your due date to be credited as of the same day.
**Address, e-mail or telephone changed?** Note changes on reverse side.

0000019864598878289640572683005882700011500