

U.S. POSTAGE PAID
ROM LO ENV
ROCHESTER, PA
19074
SEP 10, 18
AMOUNT
$3.10
R2305M144361-06
15219

TO:
US District Court of
clerk office
700 Grant st 3110
Pittsburgh, Pa 15219

FROM:
DANA WILEY
531 Case Street
APT. 9
Rochester, Pa 15074

Utility Mailer
10 1/2" x 16"