SUMMIT motion to serve 1

U.S DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANINA

CASE NAME:WILEY VS. WORLD WRESTLING ENTERTAINMENT et,al

Case Number:2:18-cv-01207-CRE

SUMMIT MOTION TO SERVE DEFENDANTS
-------------------------------------
Plaintiff, Dana W.Wiley was granted pro'se without payment of cost  by this court 10/01/2018.
he is all so without legal representative, nor was Plaintiff aware that he was rquire to serve the defendants copies of this complaint within the (60) or (90) day period pursue;28 u.s.c 1915 Fed rule (4) procedures.
all so the court never issue order requiring plaintiff to serve the defendant's
Plaintiff believe sense the court grant him pro'se without cost and other procedures of this action. it was require for the clerk of court or u.s.marshal's to serve notice of this action here upon the defendant's

world wrestling entertainment
CEO;Vince McMahon et al defendant's
at:1241 East main Street
Stamford CT06902

Notice;may this court be aware on behalf plaintiff motion to pro'se he enclosed and attach u.s Marshal form
therefore plaintiff request that this court will issue an court order

here to the U.S Marshal's to serve the defendant's the attach (3) copies here to the defendant's within next (10)days or grant plaintiff an extension of time to serve the defendant's within next (30)days without prejudice.

The said facts are hereby true and correct
pursue to u.s constittution of perjury.

first class mail 12/29/2018

DANA W.WILEY,PLAINTIFF
531 CASE STREET APT-9
ROCHESTER, PA 15074
*Dana W Wiley* (signature)

WORLD WRESTLING ENTERTAINMENT
CEO;VINCE MCMAHON ET,AL OF THE
D-GENERATION X/NEW WORLD ORDER
WRESTLING EMPLOYEES
1241 EAST MAIN STREET
STAMFORD, CT 06902

Page 1