

7018 1130 0000 0440 4687

**FROM:**
DANA WILEY
531 Case ST
APT. 9
Rochester, PA 15074

**TO:**
U.S. District Court
Western PA Clerk of Court
700 Grant Street, Ste. 3110
Pittsburgh, PA 15219