**FROM:**
Dana W. Wiley
531 case St
APT-9
Rochester, Pa 15074

**TO:**
clerk of court
United States District court
700 Grant street, Rm. 3180
Pittsburgh, Pa 15219

Photo Document Mailer
9 3/4" x 12 1/4"

7018 1130 0000 0440 4458


1000


15219



U.S. POSTAGE PAID
FCM LG ENV
ROCHESTER, PA
15074
JAN 22, 19
AMOUNT
$8.25
R2305M144368-80