Dana Wiley
31 Case Street
Apt. 9
Rochester

U.S. Clerk of Court
Office
700 Grant Street Rm. 3180
Pittsburgh, PA 15219