# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANA W. WILEY, | ) |
| | ) |
| | ) Civil Action No. 18-1207 |
| Plaintiff, | ) |
| | ) Chief United States Magistrate Judge |
| vs. | ) Cynthia Reed Eddy |
| | ) |
| VINCE MCMAHON, World Wrestling Entertainment Chairman CEO; JOHN DUE, D-Generation X and NWO Wrestling employee's, | ) ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER

**AND NOW**, this **25th day of February, 2019**;

**IT IS ORDERED** that the United States Marshal is directed to mail a copy of the Amended Complaint, notice of lawsuit and request for waiver of service of summons, and waiver, and this order to Defendants as directed by the Plaintiff, costs to be advanced by the United States of America. The Defendants are requested to waive service pursuant to Rule 4(d).

**IT IS FURTHER ORDERED** and Plaintiff is advised that no Defendant is required to respond to the amended complaint until he has accepted a copy of the amended complaint from the United States Marshal and waived service or has been served. Therefore, a motion for default cannot properly be filed unless the Defendant has failed to file an answer, a motion to dismiss, or a motion for additional time to respond, within sixty (60) days after the Marshal's notice has been mailed, if service is waived pursuant to the notice, or twenty-one (21) days after being served.

s/Cynthia Reed Eddy
Chief United States Magistrate Judge