UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA

Joseph F. Weis, Jr. U. S. Courthouse
700 Grant Street
Pittsburgh, PA 15219
www.pawd.uscourts.gov

| | |
|---|---|
| **JOSHUA C. LEWIS** | |
| CLERK OF COURT | IN REPLYING GIVE NUMBER |
| 412–208–7500 | OF CASE AND NAMES OF PARTIES |

Date: February 25, 2019

Commissioner of Patents and Trademarks
P.O. Box 1450
Alexandria, VA 22313–1450

      RE:   DANA W. WILEY vs. WORLD WRESTLING ENTERTAINMENT
          Case Number:   **2:18–CV–01207–CRE**

Dear Commissioner:

   In compliance with 35 § 290 and/or 15 U.S.C. § 1116 enclosed is a copy of the docket entries and complaint which was filed in the United States District Court for the Western District of Pennsylvania.

                               Sincerely,

                                 JOSHUA C. LEWIS
                               CLERK OF COURT

                By:  /s/ **ksa**
                               Deputy Clerk

Enclosures