CEASE AND DESIST NOTICE
REQUEST FOR ROYALAITY PAYMENT
FOR INFRINGEMET OF COPYRIGHT

**FILED**

FEB 06 2019

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Dear;World Wrestling Entertainment
CEOP:Vincent McMahon And All
D-GenrationX/NWO Wreslting Employees

Case No.7/12/2018

"STATEMENT OF Facts"
---------------------
It has become to my attention I hereby confirm that (WWE.ET-AL) wrongfully
infringed my right's in accordance to section;107 of 1988
Campbell Vs. Acuff-Rose Music,Inc and
Automatic Radio Co Vs.Hazeltine Research,Inc.,339 U.S. 827(1950)
herefor the copyright work entitled(D-GenrationX/NWO merchandise.
---------------------------------------------------------------
STATEMENT OF ARGUMENT
---------------------
(WWE.ET.AL) over the course of 20-year's they have officialy failed to provide
I, Dana W.Wiley a royalaity payment for the above work entitled.
(D-GenrationX/NWO merchandise) you have all so ignored several letter's
Dated:3/9/2011., from I,Dana W.Wiley seeking royalaity payment of sum
$3-million a year for life time payment; along with a copy of the official
fair-use Law act of sect,107(1988)5th amendment; copyright contract
we agreed upon on the above date of August 21,1995.

STATEMENT OF COLLUSION
----------------------
I,Dana W.Wiley; seek's the royalaity settlement payment of $75-million no less
then $10-million herefrom (WWE.ET.AL)
for the above work entitled (D-GebrationX/NWO Merchandise)
WWE.,ET.AL) has officially (30) Day's to resolve this matter with I,Dana W.Wiley
in accordance of Privacy law-Act of 1974,5 u.s.c 552a,
if (WWE.ET.AL) failes to resolve this matter within (30)Day's you hereby
waive all right's and officially confirm the said foregoing is true and correct
pursue to the penalty of perjury section,(18 u.s.c 1621).

SINCERELY TURLY YOUR'S
----------------------
DANA W.WILEY;
531 CASE STREET APARTMENT#9
ROCHESTER,PA 15074
CELL PHONE NUMBER#724/558/7679
EMAIL:williamdana806@yahoo.com
Wileydana07@gmail.com
Date:7/12/2018

*Dana W. Wiley* (signature)

Page 1

Page 1 of 1

MR. DANA.W.WiLeY CT-9123
Date Birth 3/22/1977
Place Birth Detroit Mich
SSI No. 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
home Address
111 S. Milton ST Newcastle PA. 16101 or
SCI.Greene 175 Progress Drive Waynesburg PA.15370
Phone No. 724-947-0997 or 724-652-5935

The information is I DANA.W.WiLeY CT-9123
AKA Ghetto.D
True and correct IDentification under
U.S. const of Penalty Perjury Law.

grievance complaint
request under section 703(H) Law and
release Documents

here and To The employer
CEO of world wrestling ENTertainment
Fax No. 203-359-5151
Phone No. 203-352-8600 or 212-398-1815

Date. 3/9/2011

Page 2 of 1

Date month and Year employed by WWE
7th 8 and 9 Day october 1994
21th Day August 1995
september 1996 and october 2, 1998

I am as todate still employed by WWE
Yes on 9 Day of march 2011

I beem employed by WWE for seventeen Years

WWE require my Job to be superstar wresler write and create music song sounds and Design The Degeneration X and Nwo eT-AL clothing Line with investment of seventy $75 million Dollars into WWE stock market along with TNA impact

WWE require to Pay me over Three $(3) or more million Dollars a Year

The employer of WWE employees have The copy rights of my name Degeneration X and Nwo, eT-AL

Page 3 of 1

My employer and employes of WWE has copies several Entertainment Photo News articles of I DANA.W.Wiley CT-9123 AKA ghetto.D
with Eric wright AKA EazY.E et-AL
That was tooken by News Dept of Ohio
Newcastle PA-USA Today and Entertainment Weekly from southern Park mall Boardman Ohio and old Down Town Newcastle PA mall
Threw out all 1994 and 1996 of 1998
from Yo-MTV raps and BET rap city
Ladies night show

Statement of Request

I DANA.W.Wiley CT-9123 AKA ghetto.D
on __9__ Day of march 2011
is requestion to my employer from WWE
who has multitude million Dollar
copyright and seventy five $75 million Dollar
U.S. Treasury WWE and TNA impact
stock market investment contract agreement
with me as of todate
will cash pay me fifty one $51 million Dollar
Pursue section 703(H) Payment Law
with in next fifteen (15) days
follow by Lifetime cash payments of
Three $3 million Dollars a Year.

Page 4 of 1

Therefore my employer from WWE has the statue time fifteen (15) day to make that fifty one $51 million dollar payment with the release several Entertainment photo news article of me with Eric wright AKA EaZY.E.et and the government documents involving Law suit Lisa Lopez AKA Lefteye filed on behal my competence here and on the U.S. IRS Treasury Dept back in September 1996 involving them Treasury checks formal President Administratic Bill.W. Clinton first class mail to me back in October 1994 for sum seventy five $75 million Dollars apiece which is in your and other government official possession as of todate if my employer from WWE fail to comply within that statue time I will file my complaint here and to U.S. EEOC of western PA William S. Moorhead and seek the compensatio relief. I request from my employer in this complaint.

Page 5 of 1

I DANA.W.WiLeY cT-9123 AKA ghetto.D
Declare by u.s. const of law
Pursue to penalty of perjury the said
facts are true and correct That my employer
from world wrestling entertainment was gaven
fax or first class mail notificate
on __9__ Day and month __march__ 2011
from address
111 S. Milton ST New castle PA 16101 and
175 Progress Drive Waynesburg PA 15370

sincerely
Mr. Dana W. Wiley

Date __/__/2011