KLD,PAT/TRADE

# U.S. District Court
## Western District of Pennsylvania (Pittsburgh)
### CIVIL DOCKET FOR CASE #: 2:18−cv−01207−CRE
*Internal Use Only*

WILEY v. MCMAHON et al  
Assigned to: Magistrate Judge Cynthia Reed Eddy  
Cause: 15:1051 Trademark Infringement

Date Filed: 09/11/2018  
Jury Demand: None  
Nature of Suit: 840 Trademark  
Jurisdiction: Federal Question

**Plaintiff**

**DANA W. WILEY**     represented by    **DANA W. WILEY**  
531 Case Street  
Apt. 9  
Rochester, PA 15074  
(724) 558−7679  
PRO SE

V.

**Defendant**

**WORLD WRESTLING ENTERTAINMENT**  
*TERMINATED: 01/25/2019*

**Defendant**

**VINCE MCMAHON**  
*World Wrestling Entertainment Chairman CEO*

**Defendant**

**JOHN DUE**  
*D−Generation X and NWO Wrestling employee's*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/11/2018 | 1 | MOTION for Leave to Proceed in forma pauperis by DANA WILEY. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A − Complaint, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Envelope) (jv) (Entered: 09/12/2018) |
| 10/01/2018 | 2 | ORDER granting 1 Motion for Leave to Proceed in forma pauperis. The Clerk of Court is directed to file the Complaint. Signed by Magistrate Judge Cynthia Reed Eddy on 10/1/2018. Text−only entry; no PDF document will issue. This text−only entry constitutes the Order of the Court or Notice on the matter. (sms) (Entered: 10/01/2018) |
| 10/01/2018 | 3 | COMPLAINT against JOHN DUE, VINCE MCMAHON, WORLD WRESTLING ENTERTAINMENT Filing fee $400, ), filed by DANA WILEY. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F) (ksa) (Additional attachment(s) added on 10/2/2018: # 7 Envelope Documents mailed in) (ksa). (Entered: 10/02/2018) |
| 10/01/2018 | 4 | CONSENT to Trial/Jurisdiction by US Magistrate Judge OR District Judge Option, by DANA WILEY. (ksa) (Entered: 10/02/2018) |
| 01/02/2019 | 5 | MOTION for Service by U.S. Marshal re 3 Complaint, by DANA WILEY. (Attachments: # 1 Exhibit Complaint, # 2 Envelope Motion mailed in) (ksa) (Entered: 01/02/2019) |

| 01/09/2019 | 6 | MEMORANDUM OPINION & ORDER denying without prejudice 5 MOTION for Service by U.S. Marshal of 3 Complaint filed by DANA WILEY, and sua sponte DISMISSING WITHOUT PREJUDICE the Complaint 3 filed by DANA WILEY pursuant to 28 U.S.C. Section 1915(e)(2). Plaintiff may file an amended complaint on or before 1/31/19. Signed by Magistrate Judge Cynthia Reed Eddy on 1/9/19. (kld) (Entered: 01/09/2019) |
|---|---|---|
| 01/25/2019 | 7 | AMENDED COMPLAINT against JOHN DUE, VINCE MCMAHON, filed by DANA W. WILEY. (Attachments: # 1 Envelope Amended Complaint mailed in) (ksa) (Entered: 01/25/2019) |
| 02/06/2019 | 8 | EXHIBITS in Support of 7 Amended Complaint by DANA W. WILEY. (Attachments: # 1 Exhibit B, # 2 Envelope Exhibits mailed in) (ksa) Modified text on 2/7/2019 to remove main document from public view as it contains personal identifiers. (ksa) (Entered: 02/06/2019) |
| 02/25/2019 | 9 | ORDER: IT IS ORDERED that the United States Marshal is directed to mail a copy of the Amended Complaint, notice of lawsuit and request for waiver of service of summons, and waiver, and this order to Defendants as directed by the Plaintiff, costs to be advanced by the United States of America. The Defendants are requested to waive service pursuant to Rule 4(d). Signed by Chief Magistrate Judge Cynthia Reed Eddy on 2/25/2019. (sms) (Entered: 02/25/2019) |