**U.S. Department of Justice**

United States Marshals Service
Western District of Pennsylvania

700 Grant Street, Suite 2360
Pittsburgh, PA 15219-1961

Official Business
Penalty for Private Use $300

$0.50
US POSTAGE
FIRST-CLASS
062S0011396670
FROM 15219
B85306.19
stamps

**Clerk of Courts**
**U.S. Courthouse**
**700 Grant Street, Suite 3110**
**Pittsburgh, PA 15219**