IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANA W. WILEY,  )  <br> ) <br> Plaintiff,   ) <br> ) <br> v.    ) <br> ) <br> WORLD WRESTLING  ) <br> ENTERTAINMENT, INC., VINCE  ) <br> MCMAHON and JOHN DUE  ) <br> ) <br> Defendants.   ) | Civil Action No. 18-1207-CRE <br> Chief Magistrate Judge Cynthia R. Eddy <br><br> Electronically Filed |

**[PROPOSED] ORDER GRANTING**
**DEFENDANTS' MOTION TO DISMISS UNDER FRCP 12(b)(6)**

AND NOW, this _____ day of ____, 2019, upon consideration of Defendants' Motion to Dismiss under FRCP 12(b)(6) and its accompanying Brief in Support thereof, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED.  Plaintiff's First Amended Complaint is dismissed in its entirety, with prejudice.

**IT IS SO ORDERED.**

Date: _____        _____
                                                                Cynthia R. Eddy
                                                                Chief Magistrate Judge

303250930 v1