# EXHIBIT 2

# COURT OF COMMON PLEAS OF LAWRENCE COUNTY

## DOCKET



**Docket Number: CP-37-CR-0001144-1994**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Dana Wiley

Page 1 of 28

## CASE INFORMATION

Cross Court Docket Nos:  1810 WDA 2011, 1813 WDA 2011

| | | |
|---|---|---|
| Judge Assigned: | Date Filed: 12/05/1994 | Initiation Date: 12/05/1994 |
| OTN:  J 011449-4 | LOTN: | Originating Docket No: |
| Initial Issuing Authority: | Final Issuing Authority: | |
| Arresting Agency:  Other | Arresting Officer:  Affiant | |
| Complaint/Incident #:  Unknown | | |
| Case Local Number Type(s) | Case Local Number(s) | |
| Legacy Docket Number | 1994-1144 | |

## STATUS INFORMATION

Case Status:      Closed

| Status Date | Processing Status |
|---|---|
| 09/20/2012 | Completed |
| 11/18/2011 | Awaiting Appellate Court Decision |
| 10/20/2011 | Case Completed |
| 06/28/2010 | Awaiting Post Conviction Relief Act Hearing |
| 04/01/2009 | Completed |
| 01/12/2007 | Awaiting Record Return |
| 01/05/2007 | Awaiting Notice of Appeal Filing |
| 12/22/2006 | Awaiting Appellate Court Decision |
| 12/05/1994 | Migrated Case |

## CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| PCRA Hearing | 08/27/2010 | 1:30 pm | Courtroom 1 | President Judge Dominick Motto | Continued |
| Hearing | 10/01/2010 | 10:30 am | Courtroom 1 | President Judge Dominick Motto | Scheduled |
| PCRA Hearing | 10/08/2010 | 1:30 pm | Courtroom 1 | President Judge Dominick Motto | Continued |
| PCRA Hearing | 12/10/2010 | 1:30 pm | Courtroom 1 | President Judge Dominick Motto | Continued |
| PCRA Hearing | 02/04/2011 | 1:30 pm | Courtroom 1 | President Judge Dominick Motto | Continued |
| PCRA Hearing | 03/29/2011 | 1:30 pm | Courtroom 1 | President Judge Dominick Motto | Scheduled |
| PCRA Hearing | 05/06/2011 | 1:30 pm | Courtroom 1 | President Judge Dominick Motto | Continued |
| PCRA Hearing | 07/01/2011 | 1:30 pm | Courtroom 1 | President Judge Dominick Motto | Scheduled |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LAWRENCE COUNTY

## DOCKET



**Docket Number: CP-37-CR-0001144-1994**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Dana Wiley

Page 2 of 28

## DEFENDANT INFORMATION

| Date Of Birth: | 03/22/1977 | City/State/Zip: | New Castle, PA  16101 |
|---|---|---|---|

## CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Wiley, Dana |

## CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 1 | 1 | | **Migration § Migration** | Aggravated Assault | 10/21/1994 | J 011449-4 |

| COMMONWEALTH INFORMATION | ATTORNEY INFORMATION |
|---|---|
| Name: | Name: Nora Marie Dibuono<br>Private |
| | Supreme Court No: 203555 |
| Supreme Court No: | Rep. Status: Active |
| | Phone Number(s):<br>724-752-8875          (Phone) |
| | Address:<br>701 First Avenue<br>Ellwood City, PA  16117 |
| | Representing: Wiley, Dana |

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 12/05/1994 | | Migrated Filer |
| ORDER OF COURT, FILED TRANS FROM 20 | | | |
| ORDER OF COURT, FILED TRANS FROM 20266/94 JUV TO CRIMINAL | | | |
| 2 | 12/05/1994 | | Unknown Filer |
| Original Papers Received from Lower Court | | | |
| 1 | 12/09/1994 | | Migrated Filer |
| PETITION FOR BOND REDUCTION AND ORD | | | |
| PETITION FOR BOND REDUCTION AND ORDER OF COURT, FILED. ON 12-9-94 HEARING SCHEDULED FOR 12-12-94 AT 1:00 PM IN #1, 12-12-94 CC TO CT ADM, JAIL, DA, PD AT HEARING | | | |
| 1 | 12/13/1994 | | Migrated Filer |
| SEE ORDER OF COURT FILED AT 1139/94 | | | |
| SEE ORDER OF COURT FILED AT 1139/94 CR | | | |

CPCMS 9082

Printed:  04/03/2019

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LAWRENCE COUNTY

## DOCKET



**Docket Number: CP-37-CR-0001144-1994**
# CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania

v.

Dana Wiley

Page 3 of 28

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 12/27/1994 | | Migrated Filer |

BILL OF COSTS, FILED (5.00)
   BILL OF COSTS, FILED (5.00)

| 2 | 12/27/1994 | | Migrated Filer |

BILL OF COSTS, FILED (15.00)
   BILL OF COSTS, FILED (15.00)

| 1 | 12/28/1994 | | Migrated Filer |

BILL OF COSTS/SUBPOENAS, FILED. (34
   BILL OF COSTS/SUBPOENAS, FILED. (34.00)

| 1 | 01/09/1995 | | Migrated Filer |

WAIVER OF ARRAIGNMENT FILED. (NICK
   WAIVER OF ARRAIGNMENT FILED. (NICK A TURCO, JR, ESQUIRE, PD) 1-9-95 CC TO CT ADM, DA

| 1 | 01/16/1995 | | Migrated Filer |

SEE NOTICE OF CONSOLIDATION FILED A
   SEE NOTICE OF CONSOLIDATION FILED AT 1139/94 CR

| 1 | 02/01/1995 | | Migrated Filer |

INFORMATION FILED. (AGGRAVATED ASSA
   INFORMATION FILED. (AGGRAVATED ASSAULT)

| 2 | 02/01/1995 | | Migrated Filer |

INFORMATION FILED. (FIREARM NOT TO
   INFORMATION FILED. (FIREARM NOT TO BE CARRIED WITHOUT A LICENSE)

| 1 | 03/08/1995 | | Migrated Filer |

SEE MOTION TO SEVER AND ORDER OF CO
   SEE MOTION TO SEVER AND ORDER OF COURT FILED AT 1139/94 CR

| 1 | 03/27/1995 | | Migrated Filer |

CONTINUANCE FILED. ON 3-27-95 CONT
   CONTINUANCE FILED. ON 3-27-95 CONT GRANTED, TRIAL CONT'D TO COMMENCE 3-30-95, 3-28-95 CC TO CT ADM, DA, PD

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LAWRENCE COUNTY

## DOCKET



**Docket Number: CP-37-CR-0001144-1994**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Dana Wiley

Page 4 of 28

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 2 | 03/27/1995 | | Migrated Filer |

SEE ORDER OF COURT FILED AT 1139/94

  SEE ORDER OF COURT FILED AT 1139/94 CR

---

| | | | |
|---|---|---|---|
| 1 | 04/03/1995 | | Migrated Filer |

BILL OF COSTS/SUBPOENAS, FILED. (37

  BILL OF COSTS/SUBPOENAS, FILED. (37.10)

---

| | | | |
|---|---|---|---|
| 1 | 04/11/1995 | | Migrated Filer |

SEE CORRESPONDENCE FROM HELEN I MOR

  SEE CORRESPONDENCE FROM HELEN I MORGAN TO DEFENDANT, FILED. @ 1144/ 94 CR

---

| | | | |
|---|---|---|---|
| 1 | 04/13/1995 | | Migrated Filer |

SEE CORRESPONDENCE FROM HELEN I MOR

  SEE CORRESPONDENCE FROM HELEN I MORGAN TO DEFT, FROM DEFT TO HELEN I MORGAN AND ORDER OF COURT FILED AT 1139/94 CR (RE: REQUESTING AN APPEAL AND NEW ATTY)

---

| | | | |
|---|---|---|---|
| 1 | 05/11/1995 | | Migrated Filer |

GUILTY PLEA, FILED. (TO AGGRAVATED

  GUILTY PLEA, FILED. (TO AGGRAVATED ASSAULT) 5-11-95 CC TO CT ADM, DA

---

| | | | |
|---|---|---|---|
| 1 | 05/19/1995 | | Migrated Filer |

TRANSPORTATION ORDER OF COURT ON 5-

  TRANSPORTATION ORDER OF COURT ON 5-19-95 FROM LAW CO JAIL TO STATE POLICE BARRACKS FOR FINGERPRINTING ON 5-19-95 AT 10:00 AM (BY PASP) 5-19-95 3CC'S TO PASP, CC TO CT ADM, DA, PD

---

| | | | |
|---|---|---|---|
| 2 | 05/19/1995 | | Migrated Filer |

NOTES OF TESTIMONY, FILED. (GUILTY

  NOTES OF TESTIMONY, FILED. (GUILTY PLEA PROCEEDINGS 05-11-95)

---

| | | | |
|---|---|---|---|
| 1 | 05/31/1995 | | Migrated Filer |

BILL OF COSTS/SUBPOENAS, FILED. (34

  BILL OF COSTS/SUBPOENAS, FILED. (34.52)

---

| | | | |
|---|---|---|---|
| 1 | 06/23/1995 | | Migrated Filer |

ORDER OF COURT, FILED. ON 6-22-95 S

  ORDER OF COURT, FILED. ON 6-22-95 SENTENCE SCHEDULED FOR 7-27-95 AT 8:30 AM BEFORE JUDGE MCCRACKEN, 6-23-95 CC TO CT ADM, JAIL, 6-26-95 CC TO DA, DA CRIMES, PD, APO, SHERIFF

---

CPCMS 9082

Printed: 04/03/2019

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LAWRENCE COUNTY

## DOCKET



**Docket Number: CP-37-CR-0001144-1994**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Dana Wiley

Page 5 of 28

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 07/27/1995 | | Migrated Filer |

TRANSPORTATION ORDER OF COURT ON 7-

TRANSPORTATION ORDER OF COURT ON 7-27-95 FROM SCI-CAMPHILL TO LAW CO JAIL FOR SENTENCING ON 7-28-95 AT 9:30 AM (BY SHFF'S OFFICE), 7-27-95 3CC'S TO SHERIFF, CC TO CT ADM, PD, 7-28-95 CC TO DA

| 2 | 07/27/1995 | | Migrated Filer |

ORDER OF COURT, FILED. ON 7-27-95 C

ORDER OF COURT, FILED. ON 7-27-95 CASE CALLED FOR SENTENCE, THE PD'S MTN TO CONT SENTENCE IS GRANTED, SENTENCE CONT'D TO 8-11-95 AT 1:00 PM (DEFT AT SCI & NOT BROUGHT BACK), PD TO ADVISE SHERIFF OF LAW CO OF NAME OF SCI WHICH DEFT INCARCERATED, SHFF TO TRANSPORT DEFT BACK TO LAW CO JAIL PRIOR TO SENTENCE, 7-28-95 CC TO CT ADM, CT STENOG, DA, DA CRIMES, PD, APO, SHERIFF

| 1 | 07/31/1995 | | Migrated Filer |

BILL OF COSTS, FILED (5.00)

BILL OF COSTS, FILED (5.00)

| 1 | 08/04/1995 | | Migrated Filer |

TRANSPORTATION ORDER OF COURT ON 8-

TRANSPORTATION ORDER OF COURT ON 8-4-95   FROM SCI-GREEN TO LAW CO JAIL FOR SENTENCING ON 8-11-95 AT 1:00 PM (BY SHFF'S DEPT), 8-4-95 3CC'S TO SHERIFF, CC TO CT ADM, 8-7-95 CC TO DA, PD

| 1 | 08/11/1995 | | Migrated Filer |

SHERIFF RETURNS ON 8-9-95 TRANSFERR

SHERIFF RETURNS ON 8-9-95 TRANSFERRED FROM SCI-GREEN TO LAW CO JAIL

| 1 | 08/14/1995 | | Migrated Filer |

ORDER OF COURT, FILED. ON 8-11-95 C

ORDER OF COURT, FILED. ON 8-11-95 CASE CALLED FOR SENTENCE, DEFT MOVING TO W/D GUILTY PLEA, HEARING ON ISSUES & APPLICABLE LAW ARE CONT'D TO 8-21-95 AT 1:00 PM (COMTH WITNESSES' WHEREABOUTS ARE PRESENTLY UNKNOWN & ATTY HARRY FALLS NOT BEING AVAILABLE THIS DATE) 8-15-95 CC TO CT ADM, CT STENOG, DA, DA CRIMES, PD, APO

| 1 | 08/22/1995 | | Migrated Filer |

ORDER OF COURT, FILED. ON 8-21-95 M

ORDER OF COURT, FILED. ON 8-21-95 MTN OF PD TO ALLOW APPEAL OF SENTENCE OF 5-1-95 NUNC PRO TUNC IS GRANTED, 8-22-95 CC TO CT ADM, DA, PD

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LAWRENCE COUNTY

## DOCKET



**Docket Number: CP-37-CR-0001144-1994**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Dana Wiley

Page 6 of 28

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 08/23/1995 | | Migrated Filer |

SHERIFF RETURNS ON 8-21-95 TRANSFER

  SHERIFF RETURNS ON 8-21-95 TRANSFERRED FROM LAW CO JAIL TO SCI- GREENE

| 1 | 08/28/1995 | | Migrated Filer |
|---|---|---|---|

BILL OF COSTS, FILED (5.00)

  BILL OF COSTS, FILED (5.00)

| 1 | 09/13/1995 | | Migrated Filer |
|---|---|---|---|

CORRESPONDENCE FROM CRIME VICTIM'S

  CORRESPONDENCE FROM CRIME VICTIM'S COMPENSATION BOARD, FILED. 9-13-95 CC TO DA CRIMES

| 1 | 10/18/1995 | | Migrated Filer |
|---|---|---|---|

SENTENCE, FILED ON 8-21-95 AFTER GU

  SENTENCE, FILED ON 8-21-95 AFTER GUILTY PLEA TO 2ND COUNT OF SEC 2702(A)(4), TO PAY COSTS, 3 YRS NOR MORE THAN 6 YRS AT SCI, CREDIT FOR 151 DAYS SERVED, CONSEC TO SENTENCE AT 1139/94, SHFF TO RETURN DEFT TO SCI WHERE PRESENTLY SERVING PREVIOUS SENTENCE, 8-21-95 ISSUED COMMITMENT & 2CC'S TO SHERIFF (COMMITMENT RETURNED BY SHFF), 10-18-95 CC OF COMMITMENT & CC OF ORDER TO SCI-GREENE, 10-19-95 CC TO CT ADM, DA, PD, APO

| 1 | 10/20/1995 | | Migrated Filer |
|---|---|---|---|

NOTES OF TESTIMONY, FILED. (SENTENC

  NOTES OF TESTIMONY, FILED. (SENTENCE PROCEEDINGS 8-21-95)

| 1 | 11/09/1995 | | Migrated Filer |
|---|---|---|---|

MOTION FOR NOLLE PROSS AND ORDER OF

  MOTION FOR NOLLE PROSS AND ORDER OF COURT, FILED. N/P ENTERED COSTS ON DEFT-MCCRACKEN. 11-17-95 CC CA, DA, PD

| 1 | 02/02/1996 | | Migrated Filer |
|---|---|---|---|

SEE CORRESPONDENCE FROM DEFT TO JUD

  SEE CORRESPONDENCE FROM DEFT TO JUDGE MCCRACKEN AND ORDER OF COURT FILED AT 1139/94 CR (RE: PRO SE IFP STATEMENT)

| 2 | 02/02/1996 | | Migrated Filer |
|---|---|---|---|

SEE CORRESPONDENCE FROM DEFT TO JUD

  SEE CORRESPONDENCE FROM DEFT TO JUDGE MCCRACKEN AND ORDER OF COURT FILED AT 1139/94 CR (RE: PRO SE APPLICATION FOR ORDER MANDATING CLERK OF COURTS AND/OR CT STENOG TO FURNISH COURT RECORDS & TRANSCRIBED NOTES OF TESTIMONY IFP)

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LAWRENCE COUNTY

## DOCKET



**Docket Number: CP-37-CR-0001144-1994**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Dana Wiley

Page 7 of 28

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 07/26/1996 | | Migrated Filer |

SEE TRANSFER PETITION FILED AT 1139

   SEE TRANSFER PETITION FILED AT 1139/94 CR

---

| 1 | 02/24/1997 | | Migrated Filer |

SEE CORRESPONDENCE FROM HELEN I MOR

   SEE CORRESPONDENCE FROM HELEN I MORGAN TO DEFT, FROM DEFT TO HELEN I MORGAN FILED AT 1139/94 CR (RE: RECEIVING COPIES OF HEARING, SENTENCE AND TRIAL TRANSCRIPTS)

---

| 1 | 03/24/1997 | | Migrated Filer |

SEE CORRESPONDENCE FROM HELEN I MOR

   SEE CORRESPONDENCE FROM HELEN I MORGAN TO DEFT, FROM DEFT TO HELEN I MORGAN, (RE: RECEIVING COPIES OF MOTIONS, COPY OF MEMO & OPINION FROM SUPERIOR COURT & COPIES OF MTNS IN SUPERIOR COURT) FILED AT 1139/94 CR

---

| 1 | 02/25/2000 | | Migrated Filer |

MOTION FOR POST CONVICTION COLLATER

   MOTION FOR POST CONVICTION COLLATERAL RELIEF & ORDER OF COURT FILED. ON 2/25/00 RULE GRANTED UPON COMM TO SHOW CAUSE WHY HRG SHOULD NOT BE GRANTED; RULE RETURNABLE 3/27/00; REQUEST TO PROCEED AS POOR PERSON W/OUT PAYMENT OF COSTS IS GRANTED; FURTHER PROCEED UPON MTN OF A PARTY AFTER EXPERATION OF THE RETURN DAY OF THE RULE; J/MOTTO; 2/28/00 CC CA,DA,PD,APO,DEFT

---

| 1 | 03/06/2000 | | Migrated Filer |

CORRESPONDENCE FROM DEFT TO HELEN I

   CORRESPONDENCE FROM DEFT TO HELEN I MORGAN FROM HELEN I MORGAN TO DEFT IN RE: APPEAL OF PCCR HRG, FILED. 3/7/00 DEFT,PD,J/MOTTO

---

| 1 | 03/08/2000 | | Migrated Filer |

ORDER OF COURT, FILED. ON 3/8/00 AF

   ORDER OF COURT, FILED. ON 3/8/00 AFTER DEFTS APPEAL OF PCCR HRG BEING DENY ON PREJUDICE BY COURTS THE SAME SHALL BE FILED OF RECORD & COUNSEL FOR DEFT SHALL TAKE ANY ACTION THAT COUNSEL DEEMS APPROP; J/MOTTO; 3/9/00 CA,DA,DEFT,PD

---

| 1 | 03/17/2000 | | Migrated Filer |

ORDER OF COURT FILED PRO SE BY DEFT

   ORDER OF COURT FILED PRO SE BY DEFT. (DEFT APPEALS JUDGMENT BY THE COURT FROM ORDER DATED 3/8/00) 3/17/00 CC SUPERIOR COURT VIA CERT MAIL RR #Z488480388 RTN 3/23/00

---

CPCMS 9082

Printed:  04/03/2019

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LAWRENCE COUNTY

## DOCKET



**Docket Number: CP-37-CR-0001144-1994**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Dana Wiley

Page 8 of 28

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 03/21/2000 | | Migrated Filer |

NOTICE OF APPEAL RETURNED FROM SUPE

NOTICE OF APPEAL RETURNED FROM SUPERIOR COURT FOR DEFECTS, FILED.

| 1 | 05/18/2000 | | Migrated Filer |

CORRESPONDENCE FROM DEFT TO SUPERIO

CORRESPONDENCE FROM DEFT TO SUPERIOR COURT REQUESTIN IFP, FILED. 5/23/00 CC CA,DA,PD,DEFT,J/MOTTO

| 2 | 05/18/2000 | | Migrated Filer |

NOTICE OF APPEAL TO THE SUPERIOR CO

NOTICE OF APPEAL TO THE SUPERIOR COURT, FILED. DEFT APPEAL TO THE SUPERIOR COURT OF PA FROM THE ORDERED ENTERED ON 8/21/95; 6/21/00 CC SUPERIOR COURT W/ORDR GRANTING IFP CRT MAIL 70993400000311131134 6/26/00

| 1 | 06/20/2000 | | Migrated Filer |

ORDER OF COURT, FILED. ON 6/20/00 C

ORDER OF COURT, FILED. ON 6/20/00 COURT BEING IN RECEIPT OF DEFTS STATEMENT IN SUPPORT OF REQUEST TO PROCEED IFP, DEFTS REQUEST TO PROCEED IS GRANTED & PROTHONOTARY SHALL ACCEPT ALL DOCUMENTS FROM DEFT W/OUT PAYMENT OF COSTS; J/MOTTO; 6/21/00 CC CA,DA,PD,DEFT & SUPERIOR COURT

| 1 | 06/26/2000 | | Migrated Filer |

APPEAL DOCKET SHEET FROM SUPERIOR C

APPEAL DOCKET SHEET FROM SUPERIOR COURT DOCKET #1059WDA2000, FILED.

| 1 | 07/07/2000 | | Migrated Filer |

CORRESPONDENCE FROM DEFT TO HELEN I

CORRESPONDENCE FROM DEFT TO HELEN I MORGAN DATED 7/2/00 IN RE: REQUEST FOR DOCUMENTS, FILED. 7/20/00 CC ALL DOCUMENTS FILED FROM 2/25/00 TO CURRENT MAILED TO DEFT

| 1 | 08/11/2000 | | Migrated Filer |

ORDER & STATEMENT PURS TO PA RULE O

ORDER & STATEMENT PURS TO PA RULE OF APPELLATE PROCEDURE 1925A, FILED. 8/11/00 CLERK OF COURTS DIRECTED TO ASSEMBLE TO RECORD & TRANSMIT THE SAME TO SUPERIOR COURT; J/MOTTO; 8/14/00 CC CA,DA, PD,DEFT

| 1 | 08/14/2000 | | Migrated Filer |

ALL PAPERS SENT TO SUPERIOR COURT O

ALL PAPERS SENT TO SUPERIOR COURT OF PENNSYLVANIA RR3Z317986026 RET  8-17-00

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LAWRENCE COUNTY

## DOCKET



**Docket Number: CP-37-CR-0001144-1994**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Dana Wiley

Page 9 of 28

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 08/17/2000 | | Migrated Filer |

CORRESPONDENCE FROM DEFT TO HELEN I

CORRESPONDENCE FROM DEFT TO HELEN I MORGAN FROM HELEN I MORGAN TO DEFT IN RE: REQUEST FOR SENTENCE GUIDELINES,FILED. 8/17/00 DEFT,APO

| 1 | 08/30/2000 | | Migrated Filer |

SEE CORRESPONDENCE FROM DEFT TO HEL

SEE CORRESPONDENCE FROM DEFT TO HELEN I MORGAN FROM HELEN I MORGAN TO DEFT FILED AT 1139/94CR

| 1 | 03/23/2001 | | Migrated Filer |

ALL PAPERS RETURNED FROM SUPERIOR C

ALL PAPERS RETURNED FROM SUPERIOR COURT OF PENNSYLVANIA, FILED.

| 2 | 03/23/2001 | | Migrated Filer |

JUDGEMENT ORDER FROM SUPERIOR COURT

JUDGEMENT ORDER FROM SUPERIOR COURT OF PA, FILED. ON 1/31/01 APPEAL QUASHED & JUDGMENT AFFIRED; ENTERED BY ELEANOR VALECKO DEP PRO; 3/23/01 CC CA,APO

| 1 | 10/18/2001 | | Migrated Filer |

SEE MOTION FOR INEFFECTIVE ASSISTAN

SEE MOTION FOR INEFFECTIVE ASSISTANCE & CORR FILED AT 1139/94CR

| 1 | 11/29/2001 | | Migrated Filer |

SEE CORRESPONDENCE,PRO SE PETITION

SEE CORRESPONDENCE,PRO SE PETITION & ORDER OF COURT FILED AT 1139/ 94CR

| 1 | 04/29/2002 | | Migrated Filer |

SEE CORRESPONDENCE FROM BOARD OF PR

SEE CORRESPONDENCE FROM BOARD OF PROBATION AND PAROLE IN RE NOTES OF TESTIMONY FILED AT NO 1139-1994 CR

| 1 | 03/18/2003 | | Migrated Filer |

SEE MOTION TO WITHDRAW AND ORDER OF

SEE MOTION TO WITHDRAW AND ORDER OF COURT FILED AT 1139/94CR

Printed: 04/03/2019

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LAWRENCE COUNTY

## DOCKET



**Docket Number: CP-37-CR-0001144-1994**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Dana Wiley

Page 10 of 28

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 05/17/2004 | | Morgan, Helen I. |

Correspondnece to D. Wiley

    Correspondence to D. Wiley May 17, 2004 papers taken to J. Motto

| 1 | 07/16/2004 | | Motto, Dominick |
|---|---|---|---|

Case Correspondence

    July 16, 2004 Order of Court directing pros office to file and serve such correspondence to deft and da

| 1 | 08/23/2005 | | Wiley, Dana |
|---|---|---|---|

CASE CORRESPONDENCE/PTN FOR PERMISSION TO APPEAL

    8/23/05 ORIG TO CA/B COLLINS

| 1 | 09/23/2005 | | Wiley, Dana |
|---|---|---|---|

Case Correspondence from Deft

    correspondence filed;forwarded to atty bythrow,atty of record

| 1 | 09/26/2005 | | Wiley, Dana |
|---|---|---|---|

Case Correspondence from Deft

    Correspondence from Deft Forwarded to Court Aministration and Atty Bythrow (m)

| 1 | 10/20/2005 | | Wiley, Dana |
|---|---|---|---|

Case Correspondence from Deft

    case correspondence from deft;cc to judge motto

| 1 | 11/04/2005 | | Wiley, Dana |
|---|---|---|---|

Correspondence/Enforcement Order

    Enforcement order taken to court admin.

| 1 | 11/17/2005 | | Wiley, Dana |
|---|---|---|---|

Case Correspondence from Deft

    correspondence taken to court admin

| 1 | 11/18/2005 | | Wiley, Dana |
|---|---|---|---|

Case Correspondence from Deft

    correspondence from deft taken to court admin (enforcement order & motion for appointment)

CPCMS 9082

Printed: 04/03/2019

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LAWRENCE COUNTY

## DOCKET



**Docket Number: CP-37-CR-0001144-1994**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Dana Wiley

Page 11 of 28

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 12/02/2005 | | Wiley, Dana |

Case Correspondence from Deft

    sent letter explaining #1139/94 is "juvenile case number"

---

| 1 | 10/04/2006 | | Motto, Dominick |

Motion for Post Conviction Collateral Relief & Order (PCCR IS DISMISSED)

    11/14/06 PCCR MOTION IS DISMISSED BY THE COURT/MOTION FILED AFTER 1 YR STATUTE/NO GENUINE ISSUES RAISED IN MOTION /s/J MOTTO 11/14/06 Ca,Da,Apo,Deft-mailed @ SCI Greene,Pd

---

| 1 | 11/14/2006 | | Motto, Dominick |

Order of Court/PCRA Denied

    Order of court dated November 14, 2006 denying deft request for PCRA; Nov 14, 2006, ca da apo deft pd

---

| 1 | 12/22/2006 | | Wiley, Dana |

Nunc Pro Tunc PCCR Notice of Appeal

    Appeal filed in Superior Court of Pennsylvania;Appeal from Order entered in this action on the 14th day of November 2006;Appeal mailed to Superior Court by certified mail by RR #70020510000408949207-Rtnd 1/16/06

---

| 1 | 01/05/2007 | | Motto, Dominick |

Order of Court/PCCR

    Defts pending Motion for PCCR is dismissed; 1/8/07 ca,da,apo,Deft-mailed,Atty Bythrow-mailed

---

| 1 | 01/09/2007 | | Wiley, Dana |

Petition to Proceed in Forma Pauperis

    Petition to proceed in forma pauperis filed;  1/8/07 copy to Lisa Hazen (CA);

---

| 2 | 01/09/2007 | | Motto, Dominick |

Motion to Proceed In Forma Pauperis/Order of Court

    Ptn granted and Deft may proceed in forma pauperis w/out payment of costs; 1/11/07 ca,da,apo,Atty Bythrow-mailed,Deft-mailed

---

| 1 | 01/12/2007 | | Superior Court of Pennsylvania - Western District |

Appeal Returned From Superior Court of Pennsylvania

    Appeal from Deft returned from Superior Court of Pa for lack of appropriate filing fee or order certifying that he is indigent and amended proof of service to verify that trial court judge,opposing counsel and court reporter received a copy; 1/17/07 ca,da,Deft-mailed,Atty Bythrow-mailed,J/Motto-per service

---

CPCMS 9082

Printed: 04/03/2019

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LAWRENCE COUNTY

## DOCKET



**Docket Number: CP-37-CR-0001144-1994**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Dana Wiley

Page 12 of 28

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 02/06/2007 | | Morgan, Helen I. |

Case Correspondence

Case correspondence from deft w/IFP Motion;  2/6/07 j motto, deft (mail);

---

| | | | |
|---|---|---|---|
| 1 | 02/07/2007 | | Motto, Dominick |

IFP Motion from Deft/Order of Court (Granted)

Mtn granted and Deft may proceed in forma pauperis w/out payment of any filing fees or other costs; 2/9/07 ca,da,apo,Atty Bythrow-mailed,Deft-mailed

---

| | | | |
|---|---|---|---|
| 1 | 05/24/2007 | | Morgan, Helen I. |

Petition for All Fines/Costs to be Suspended/Order/Rule Filed by Deft (Pro Se)

5/25/07 cc Deft-mailed,Court Administrator

---

| | | | |
|---|---|---|---|
| 1 | 06/22/2007 | | Wiley, Dana |

Request from deft to forward/case correspondence

Case correspondence from deft requesting to forward to atty;  6/22/07 da, j motto, atty bythrow (m);

---

| | | | |
|---|---|---|---|
| 1 | 07/12/2007 | | Wiley, Dana |

Case Correspondence

Case correspondence from deft

---

| | | | |
|---|---|---|---|
| 1 | 07/13/2007 | | Morgan, Helen I. |

Correspondence From Deft Req Status on Ptn for Fines/Costs to be Suspended

7/16/07 Response/docket print-out sent to Deft showing Mtn was docketed & sent to Ca;as of this date-no response from the Court

---

| | | | |
|---|---|---|---|
| 1 | 07/30/2007 | | Wiley, Dana |

Request for Release on Parole/Case Correspondence

---

| | | | |
|---|---|---|---|
| 1 | 08/07/2007 | | Wiley, Dana |

Motion to Reinstate/Appeal Sent to Superior Crt of Pa (70020510000408962923)

Motion to Reinstate sent to Da,J/Motto,Crt Reporter,Deft,Superior Crt,Atty Bythrow-mailed;  Appeal re-sent to Superior Crt as per Deft request;

---

| | | | |
|---|---|---|---|
| 1 | 08/08/2007 | | Morgan, Helen I. |

Pro Se Correspondence Requesting Atty Info (8/8/07 Docket Print-Out Sent Outlining Atty Info)

---

Printed:  04/03/2019

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LAWRENCE COUNTY

## DOCKET



**Docket Number: CP-37-CR-0001144-1994**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Dana Wiley

Page 13 of 28

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 08/09/2007 | | Superior Court of Pennsylvania - Western District |

Proof of Service Certification (Certified Green Card Rtnd From Superior Crt-#2923)

---

| 1 | 08/10/2007 | | Superior Court of Pennsylvania - Western District |

Docketing Statement from Superior Court (1443 WDA 2007;Next Event Date October 9,2007)

8/14/07 ca,da

---

| 1 | 09/24/2007 | | Motto, Dominick |

Order of Court (Clerk of Courts Directed to Assemble Recored/Transmit to Superior Crt of Pa)

Court finds that the Orders of Court dated January 5,2007 and November 14,2006 satisfies the requirements of Pa R A P 1925(a);Clerk of Courts directed to assemble the record and transmit same to Pro of Superior Court as req by applicable rules of appellate procedure; 9/25/07 ca,da,apo,Atty Bythrow-mailed

---

| 1 | 10/12/2007 | | Morgan, Helen I. |

Docket Sheets to Superior Court

exited numbered docket sheets to District Attorney, Atty E. Bythrow

---

| 2 | 10/12/2007 | | Morgan, Helen I. |

All Papers Mailed to Superior Court

All Papers Mailed to Superior Court RR#70020510000408962718

---

| 1 | 02/14/2008 | | Morgan, Helen I. |

Pro Se Correspondence/Response From Helen I Morgan in Re: Documents

Response to Deft mailed 2/14/08; Unable to assist Deft as all papers are in the jurisdiction with Superior Court of Pennsylvania

---

| 1 | 02/20/2008 | | Wiley, Dana |

Case Correspondence from Deft requesting documents

---

| 1 | 03/25/2008 | | Morgan, Helen I. |

Pro Se Correspondence In Re: Docket Sheets

3-26-08 Mailed Docket Sheets to Deft for cases 1139/94 & 1144/94.

---

| 1 | 04/04/2008 | | Morgan, Helen I. |

Pro Se Correspondence In Re:Filed of Record

---

CPCMS 9082

Printed: 04/03/2019

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LAWRENCE COUNTY

## DOCKET



**Docket Number: CP-37-CR-0001144-1994**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Dana Wiley

Page 14 of 28

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 11/19/2008 | | Morgan, Helen I. |

Pro Se Correspondence In Re:Docket Sheets

   11-24-08 Filed letter of record and mailed Docket sheets to Deft.

---

| | | | |
|---|---|---|---|
| 1 | 03/20/2009 | | Bythrow, Brandt |

Petition to Withdraw

---

| | | | |
|---|---|---|---|
| 2 | 03/20/2009 | | Motto, Dominick |

Order of Court (Appearance of E Brandt Bythrow Esq-W/Drawn)

   3/23/09 ca,da,apo,Atty Bythrow-mailed,Atty N Dibuono-mailed

---

| | | | |
|---|---|---|---|
| 3 | 03/20/2009 | | Motto, Dominick |

Order of Court (Nora Dibuono Esq Appointed to Represent Deft)

   3/23/09 ca,da,apo,Atty Bythrow-mailed,Atty N Dibuono-mailed

---

| | | | |
|---|---|---|---|
| 1 | 04/01/2009 | | Superior Court of Pennsylvania - Western District |

Original Record Returned From Superior Crt of Pa (Jurisdiction Relinquished)

   4/1/09 ca,da,apo,Atty Bythrow-mailed,Atty N Dibuono-mailed,J/Motto

---

| | | | |
|---|---|---|---|
| 1 | 07/07/2009 | | Dibuono, Nora Marie |

Motion to Withdraw Appearance

| | | | |
|---|---|---|---|
| 2 | 07/07/2009 | | Motto, Dominick |

Order of Court Granting Motion to Withdraw Appearance

   Granted;   Nora M DiBuono, Esquire is hereby permitted to withdraw as counsel for deft;   7/7/09 ca, da, apo, atty dibuono (m), deft (sci forest);

---

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LAWRENCE COUNTY

## DOCKET



**Docket Number: CP-37-CR-0001144-1994**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Dana Wiley

Page 15 of 28

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 12/18/2009 | | Motto, Dominick |

Order of Court (Defts 2nd PCRA Dismissed by Crt/Deft Appealed Superior Crt/Hrg set 1/26/10 @ 9:00 am

12/17/09 Crt Reviewed record in case 1/5/07 Crt entered an order that dismissed deft's 2nd ptn filed pursuant to PCRA 42PaCSA9541-456, deft appealed the Order to Superior Court of Pa,in connection w/such appeal the deft was represented by E. Brandt Bythrow,by order and opinion of the superior court dated 2/20/09,the 1/5/07 Order was vacated case remanded back to this court for further proceedings,superior court found that no point was a counseled PCRA ptn ever filed on behalf of deft,that deft is entitled to counsel for his first PCRA ptn regardless of the merits of the claim,that a PCRA court should conduct a hrg when the ptn for post conviction relief or the Comth answer,if any,raises material issues of fact,that the superior court agreed w/Atty Bythrows argument that the pro se filings in this case raise some material issue w/regard to appellant's competency;that normally,claims not raised in the trial court are waived;but an exception exists w/regard to claims that deft not competent to stand trial,because it would be contradictory to argue that deft may be incompetent to stand trial,by order atty bythrow withdraws as counsel and Atty N DiBuono is apptd to reprsent deft on July 7, 2009 Atty Dibuono moved to withdraw as counsel,withdrawal of appearance of Atty DiBuono was in error as she was in fact appointed at both numbers,for the foregoing reasons,ORDERED that Nora DiBuono is Re-Appointed as counsel for deft,further status conference w/counsel is hereby scheduled for 1/26/2010 at 9:00 am in Courtroom#1 one-half hour reserved status to discuss what procedures may be necessary to proceed in accordance w/this Order /s/J Motto 12/18/09 Ca,Da,Apo,Atty N DiBuono-mailed,Jail,Shff

| 1 | 01/15/2010 | | Bythrow, Brandt |
|---|---|---|---|

Pro Se Correspondence In Re:Letter to N.DiBuono, Esq.
1-19-10 Atty DiBuono, Deft

| 1 | 01/19/2010 | | Dibuono, Nora Marie |
|---|---|---|---|

Entry of Appearance
1/19/10 atty serving

| 1 | 01/20/2010 | | Dibuono, Nora Marie |
|---|---|---|---|

Petition for Transportation Order

| 2 | 01/20/2010 | | Motto, Dominick |
|---|---|---|---|

Order of Transport

Shff of Law Co shall transport deft from SCI Greene on 1/26/10 for a hrg in ctrm #1 @9:00 am;  Shff shall retun deft to SCI Greene following hrg;  1/21/10 ca, da, shff (3cc), jail, atty n dibuono (m);

| 1 | 01/25/2010 | | Lawrence County Sheriff's Office |
|---|---|---|---|

Sheriff Return(1/22/10 Deft transported from SCI Greene to LCJ by Dep Shff Kielar & Hinkle)

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LAWRENCE COUNTY

## DOCKET



**Docket Number: CP-37-CR-0001144-1994**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Dana Wiley

Page 16 of 28

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 01/27/2010 | | Motto, Dominick |

Order of Court (PCCR/Consolidated Hrg sched for June 1,2010 @9:30 Am in Ctrm #1)

Deft shall remain in LCJ pending Further Order of Court as counsel for Deft intends to present a ptn to the Court to have Deft undergo a mental health eval, thus requiring that the Deft remain in LCJ pending the completion of the examination; 2/1/10 ca,da,apo,Atty N Dibuono-mailed,shff

| 1 | 04/23/2010 | | Wiley, Dana |

Pro Se Correspondence In Re:Psyc Eval, Hearing Date

4-23-10 Deft

| 1 | 05/04/2010 | | Dibuono, Nora Marie |

Motion for Competency Evaluation

| 2 | 05/04/2010 | | Motto, Dominick |

Order of Court (Mtn for Compentency Examination Granted & Human Services to Evaluate deft)

5/3/10 Ordered that Law Co Humane Services shall conduct a competency evaluation upon deft to determine the defts competency during the trial proceedings,during the post conviction proceedings and the defts mental status at present /s/J Motto 5/4/10 Jail,Shff,Ca,Da,Apo,Atty N DiBuono-mailed

| 1 | 06/02/2010 | | Dibuono, Nora Marie |

Motion for Continuance

| 2 | 06/02/2010 | | Motto, Dominick |

Order Granting Motion for Continuance (Hearing Cont to 8-27-10 @ 1:30pm, Ctrm#1)

6-2-10 Ca,Da,APO,Atty N.DiBuono

| 3 | 06/02/2010 | | Wiley, Dana |

Pro Se Correspondence In Re: Hearing Date and Psyc. Eval

6-3-10 Deft, Atty N.DiBuono

| 1 | 06/11/2010 | | Dibuono, Nora Marie |

Petition for Order of Transport

| 2 | 06/11/2010 | | Motto, Dominick |

Transportation Order of Court (From LCJ to Human Services Center on June 29,2010)

@2:00 Pm; Shff to return Deft to LCJ following the appointment; 6/11/10 jail,shff (3); 6/22/10 ca,da,apo,Atty N Dibuono-mailed

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LAWRENCE COUNTY

## DOCKET



**Docket Number: CP-37-CR-0001144-1994**
# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Dana Wiley

Page 17 of 28

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 06/15/2010 | | Wiley, Dana |

Pro Se Correspondence In Re: Letter to DA, N.DiBuono, Esq., and Judge Motto

6-23-10 DA, N.DiBuono, Esq., and Judge Motto

---

| 1 | 06/25/2010 | | Wiley, Dana |
|---|---|---|---|

Pro Se Correspondence In Re: Letter to DA and N.DiBuono Esq.

7-1-10 Da,Deft, Atty N.DiBuono

---

| 1 | 06/29/2010 | | Motto, Dominick |
|---|---|---|---|

Order of Court/Pro Se Correspondence

Correspondence shall be filed of record. A copy of this Order, along with a copy of the correspondence, shall be transmitted to counsel of record. Counsel for Deft shall take any action that counsel deems appropriate. J.Motto. 6-29-10 Ca,Da,Deft,Atty N.DiBuono

---

| 1 | 07/19/2010 | | Wiley, Dana |
|---|---|---|---|

Pro Se Correspondence In Re: Letter to N.DiBuono, Esq.

7-22-10 Deft, Atty N.DiBuono

---

| 2 | 07/19/2010 | | Wiley, Dana |
|---|---|---|---|

Pro Se Correspondence In Re: Competency Eval.

7-23-10 Ca,Deft

---

| 1 | 07/27/2010 | | Motto, Dominick |
|---|---|---|---|

Order of Court/Pro Se Correspondence

The correspondence shall be filed of record. A copy of this Order, along with a copy of the correspondence, shall be transmitted to counsel of record. Counsel for Deft shall take any action that counsel deems appropriate. J.Motto. 7-28-10 Ca,Da,Atty N.DiBuono,Deft

---

| 1 | 08/10/2010 | | Wiley, Dana |
|---|---|---|---|

Pro Se Correspondence In Re: Letter to N.DiBuono

8-10-10 Atty N.DiBuono, Deft

---

| 2 | 08/10/2010 | | Wiley, Dana |
|---|---|---|---|

Pro Se Correspondence In Re: Letter to N.DiBuono, Judge Motto and DA

8-10-10 Ca,Da,Atty N.DiBuono

---

CPCMS 9082

Printed: 04/03/2019

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LAWRENCE COUNTY

## DOCKET



**Docket Number: CP-37-CR-0001144-1994**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Dana Wiley

Page 18 of 28

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 08/13/2010 | | Wiley, Dana |

Pro Se Correspondence In Re: Letter to Judge Motto and Atty N.DiBuono
  8-16-10 Ca,Atty N.DiBuono, Deft

| 1 | 08/17/2010 | | Wiley, Dana |

Pro Se Correspondence In Re: Letter to N.DiBuono,Esq.
  8-17-10 Atty N.DiBuono,Deft

| 2 | 08/17/2010 | | Wiley, Dana |

Pro Se Correspondence In Re: IQ test
  8-17-10 CA,Deft

| 3 | 08/17/2010 | | Motto, Dominick |

Order of Court/Pro Se Correspondence

The correspondence shall be filed of record. A copy of this Order, along with a copy of the correspondence, shall be transmitted to counsel of record. Counsel for Deft shall take any action that counsel deems appropriate. J.Motto. 8-18-10 Ca,Da,Atty N.DiBuono,Deft

| 1 | 08/19/2010 | | Dibuono, Nora Marie |

Petition for Order of Transport

| 2 | 08/19/2010 | | Motto, Dominick |

Order of Transport

Shff of Law Co transport deft from LCJ to ctrm #1 on 8/27/10 @1:30 pm for a PCRA hrg;   Shff shall return deft to LCJ following hearing; 8/19/10 ca, da, apo, atty n dibuono (m), jail, shff (3cc);

| 3 | 08/19/2010 | | Motto, Dominick |

Order of Court/Pro Se Correspondence

The correspondence shall be filed of record. A copy of this Order, along with a copy of the correspondence, shall be transmitted to counsel of record. Counsel for Deft shall take any action that counsel deems appropriate. J.Motto. 8-19-10 Ca,Da,Deft,Atty N.DiBuono

| 1 | 08/25/2010 | | Commonwealth of Pennsylvania |

Motion for Continuance

| 2 | 08/25/2010 | | Motto, Dominick |

Order of Court Granting Motion for Cont (Mtn Granted;PCCR Hrg Cont to October 8,2010 @1:30 PM-#1)
  8/25/10 ca,da,apo,Atty N Dibuono-mailed

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LAWRENCE COUNTY

## DOCKET



**Docket Number: CP-37-CR-0001144-1994**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Dana Wiley

Page 19 of 28

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 08/31/2010 | | Wiley, Dana |

Pro Se Correspondence In Re: Court Date

9-1-10 Deft

---

| 2 | 08/31/2010 | | Morgan, Helen I. |

Pro Se Correspondence, In Re: Letter to Atty N.Dibuono, DA, Judge Motto

9/2/10 JUDGE MOTTO, DA, ATTY N.DIBUONO(M), Deft(j)

---

| 1 | 09/03/2010 | | Motto, Dominick |

Order of Court/Pro Se Correspondence

The correspondence shall be filed of record. A copy of this Order, along with a copy of the correspondence, shall
be transmitted to counsel of record. Counsel for Deft shall take any action that counsel deems appropriate.
J.Motto. 9-7-10 Ca,Da,Deft,Atty N.DiBuono

---

| 1 | 09/13/2010 | | Wiley, Dana |

Pro Se Correspondence In Re: Letter to N.DiBuono, Esq.

9-21-10 Atty DiBuono, Deft

---

| 2 | 09/13/2010 | | Court of Common Pleas - Lawrence County |

Delinquency Notice Filed - 106 Days Overdue

---

| 1 | 09/17/2010 | | Motto, Dominick |

Order of Court/Pro Se Correspondence

The correspondence shall be filed of record. A copoy of this Order, along with a copy of the correspondence,
shall be transmitted to counsel of record. Counsel for Deft shall take any action that counsel deems appropriate.
J.Motto. 9-20-10 Ca,Da,Atty N.DiBuono, Deft

---

| 2 | 09/17/2010 | | Dibuono, Nora Marie |

Motion to Withdraw Appearance

---

| 3 | 09/17/2010 | | Motto, Dominick |

Order of Court (Hrg on Mtn to W/Draw Sched for October 1,2010 @10:30 Am in Ctrm #1)

9/17/10 ca,da,apo,Atty N Dibuono-mailed

---

| 1 | 09/28/2010 | | Wiley, Dana |

Petition for Order of Transport

---

Printed: 04/03/2019

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial
System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed
data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can
only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record
Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LAWRENCE COUNTY

## DOCKET



**Docket Number: CP-37-CR-0001144-1994**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Dana Wiley

Page 20 of 28

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 2 | 09/28/2010 | | Motto, Dominick |

Order of Transport

Shff of Law Co shall transport Deft from the LCJ to Ctrm #1 on 10/1/10 @10:30 am for a hrg on a Mtn to Withdraw; 9/28/10 ca, da, atty n dibuono (m), jail, shff (3cc);

| 1 | 10/04/2010 | | Motto, Dominick |

Order of Court (Mtn to Withdraw Counsel is DENIED/Crt Rprt shall transcribe proceedings)

10/4/10 Ca,Da,Apo,Atty N DiBuono-mailed,Deft-mailed,Steno

| 1 | 10/12/2010 | | Motto, Dominick |

Order of Court (PCCR Hrg Continued to December 10,2010 @1:30 Pm in Ctrm #1)

10/14/10 ca,da,apo,Deft-mailed,Atty N Dibuono-mailed

| 1 | 10/15/2010 | | Motto, Dominick |

Pro Se Correspondence/Order of Court (Correspondence to Be Filed of Recod;Transmitted to Counsel)

10/18/10 ca,da,apo, Atty N Dibuono-mailed

| 1 | 10/18/2010 | | Wiley, Dana |

Pro Se Correspondence In Re: PCCR Hearing

10-20-10 Deft

| 1 | 10/27/2010 | | Court of Common Pleas - Lawrence County |

Notes of Testimony (Before Judge Motto on 10-1-2010 by Steno Cynthia Cusick)

| 1 | 11/22/2010 | | Dibuono, Nora Marie |

Petition for Intelligence Quotient and Related Testing

| 2 | 11/22/2010 | | Motto, Dominick |

Order (Law Co Vocational and Psychological Services to Conduct IQ/Related Testing Upon Deft)

The agency shall report its conclusions to counsel for Deft at her offices at 701 First Ave Ellwood City Pa 16117; 9/22/10 ca,da,apo, Atty N Dibuono-mailed,Controller-per service

| 1 | 12/02/2010 | | Dibuono, Nora Marie |

Petition for Order of Transport

| 2 | 12/02/2010 | | Motto, Dominick |

Order of Transport (From LCJ to Vocational nd Psychological Services)

Tuesday December 7,2010 @9:00 Am; 12/2/10 jail,shff (3); 12/6/10 ca,da,apo,Atty N Dibuono-mailed

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LAWRENCE COUNTY

## DOCKET



**Docket Number: CP-37-CR-0001144-1994**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Dana Wiley

Page 21 of 28

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 12/10/2010 | | Dibuono, Nora Marie |
| Motion for Continuance | | | |
| 2 | 12/10/2010 | | Motto, Dominick |
| Order of Court (PCCR Sched for December 10,2010 is Cont'd to February 4,2011 @1:30 Pm in Ctrm #1) | | | |
| 12/17/10 ca,da,apo,Atty N Dibuono-mailed | | | |
| 1 | 01/12/2011 | | Wiley, Dana |
| Pro Se Correspondence In Re: Letter to N.DiBuono,Esq. | | | |
| 1-19-11 Atty DiBuono, Deft | | | |
| 1 | 01/25/2011 | | Dibuono, Nora Marie |
| Fee Petition | | | |
| 2 | 01/25/2011 | | Cox, J. Craig |
| Order of Court (Ptn Granted;Controller to Pay $1,778.00 to N Dibuono Esq for Services Rendered) | | | |
| 1/26/11 ca,da,apo,Atty Dibuono-mailed,Controller-per service | | | |
| 1 | 01/27/2011 | | Dibuono, Nora Marie |
| Petition for Order of Transport | | | |
| 2 | 01/27/2011 | | Motto, Dominick |
| Order of Transport | | | |
| Shff of Law Co shall transport deft from LCJ to Ctrm #1 on 2/4/11 @1:30 pm for evidentiary hrg;   1/27/11 ca, da, atty n dibuono (m), shff (3cc); jail; | | | |
| 1 | 02/01/2011 | | Dibuono, Nora Marie |
| Motion for Order of Approval of Expert Witness | | | |
| 2 | 02/01/2011 | | Motto, Dominick |
| Order (Invoice Submitted by Dr Martin Meyer/Vocational and Psychological Services-Approved) | | | |
| Approved for payment by Lawrence County once his appearance has been made and the hrg concluded; 2/1/11 ca,da,apo,Atty N Dibuono-mailed,Controller-per service | | | |
| 3 | 02/01/2011 | | Dibuono, Nora Marie |
| Amended Petition for Post Conviction Collateral Relief | | | |

CPCMS 9082

Printed: 04/03/2019

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LAWRENCE COUNTY

## DOCKET



**Docket Number: CP-37-CR-0001144-1994**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Dana Wiley

Page 22 of 28

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 02/08/2011 | | Bythrow, Brandt |
| Pro Se Correspondence In Re: Letter to N.DiBuono,Esq. | | | |
| 2-25-11 Atty N.DiBuono, Deft | | | |
| 1 | 03/07/2011 | | Wiley, Dana |
| Pro Se Correspondence In Re: Letter to N.DiBuono,Esq. | | | |
| 3-23-11 Atty N.DiBuono,Deft | | | |
| 1 | 03/17/2011 | | Motto, Dominick |
| Ptn for Order of Transport/Order of Transport | | | |
| 1 | 03/30/2011 | | Wiley, Dana |
| Pro Se Correspondence In Re: Copy of Sentence Transcript and Amended Motion for PCCR | | | |
| 4-5-11 Deft | | | |
| 1 | 03/31/2011 | 03/29/2011 | Motto, Dominick |
| Order of Court (Further Hrg on PCCR Sched for May 6,2011 @1:30 Pm in Ctrm #1; 1/2 Day Reserved) | | | |
| 3/31/11 ca,da,apo,Atty N Dibuono-mailed,Deft-mailed | | | |
| 2 | 03/31/2011 | | Court of Common Pleas - Lawrence County |
| Notes of Testimony (PCCR Proceedings on 3/29/11 before J Motto Crt Steno-C Cusick) | | | |
| 1 | 04/27/2011 | | Motto, Dominick |
| Ptn for Order of Transport/Order of Court | | | |
| Shff of Law Co shall transport the deft to the LCJ to Ctrm #1 on 5/6/11 @1:30 pm for evidentiary hrg;   4/28/11 ca, da, shff (3cc), jail, atty n dibuono (m); | | | |
| 2 | 05/04/2011 | | Dibuono, Nora Marie |
| Motion for Continuance | | | |
| 3 | 05/04/2011 | | Motto, Dominick |
| Order Granting Motion for Continuance (Hearing Cont to 7-1-11 @ 1:30pm, Ctrm#1) | | | |
| 5-13-11 Ca,Da,Atty N.DiBuono | | | |
| 1 | 06/24/2011 | | Dibuono, Nora Marie |
| Petition for Order of Transport | | | |

CPCMS 9082

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LAWRENCE COUNTY

## DOCKET



**Docket Number: CP-37-CR-0001144-1994**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Dana Wiley

Page 23 of 28

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 2 | 06/24/2011 | 06/24/2011 | Motto, Dominick |

Transportation Order of Court (From LCJ to Ctrm #1 for Evidentiary Hrg; Law Co Shff To Transport)

6/24/11 jail,shff (3),ca,da,apo,Atty N Dibuono-mailed

| 1 | 07/14/2011 | | Court of Common Pleas - Lawrence County |

Notes of Testimony (PCCR Proceedings on 7-1-11 before Judge Motto/Steno Cynthia Cusick)

| 1 | 08/09/2011 | | Wiley, Dana |

Return Case From Collection Agency - Incarceration

| 1 | 08/12/2011 | | Dibuono, Nora Marie |

Fee Petition

| 2 | 08/12/2011 | | Motto, Dominick |

Order of Court (Law Co Controller's Office to Pay N Dibuono Esq Sum of $1,432.00 Services Rendered)

8/12/11 ca,da,apo,Atty Dibuono-mailed,Controller-per service

| 1 | 08/22/2011 | | Wiley, Dana |

Pro Se Correspondence In Re: Copies from File

10-6-11 Deft

| 1 | 10/20/2011 | 10/20/2011 | Motto, Dominick |

Opinion and Order of Court (Amended Petition for PCCR-Dismissed)

10/20/11 ca,da,apo,Atty N Dibuono-mailed

| 1 | 11/04/2011 | | Wiley, Dana |

Pro Se Correspondence In Re: Copy of Order Dated 10-20-11

11-4-11 Deft and SCI Greene Records

| 1 | 11/15/2011 | 11/15/2011 | Motto, Dominick |

Order of Court/Pro Se Correspondence

The correspondence shall be filed of record. A copy of this Order, along with a copy of the correspondence, shall be transmitted to counsel of record. Counsel for the Deft shall take any action that counsel deems appropriate. J.Motto. 11-15-11 Ca,Da,Atty N.DiBuono, Deft

| 1 | 11/18/2011 | 11/18/2011 | Dibuono, Nora Marie |

Notice of Appeal to Superior Crt of Pa (Appeal From Order of Court Entered November 20,2011)

Notice of Appeal/Docket Print-Out mailed to Superior Crt of Pa by certified mail-RR#70100290000294791766

CPCMS 9082

Printed: 04/03/2019

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LAWRENCE COUNTY

## DOCKET



**Docket Number: CP-37-CR-0001144-1994**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Dana Wiley

Page 24 of 28

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 11/21/2011 | | Dibuono, Nora Marie |

Pro Se Notice of Appeal to Superior Crt of Pa (Appeal From Judgment Entered on October 20,2011)

Appeal/Docket print-out sent to Superior Crt by certified mail-RR#70100290000294791780

| 1 | 11/23/2011 | | Morgan, Helen I. |

Proof of Service (Green Card Rtnd From Superior Crt of Pa-RR#70100290000294791766

| 2 | 11/23/2011 | 11/23/2011 | Motto, Dominick |

Order of Court (Concise Statement to be Filed no Later Than 21 Days From Date Order is Docketed)

11/23/11 ca,da,apo,Atty N Dibuono-mailed

| 1 | 11/28/2011 | | Superior Court of Pennsylvania |

Proof of Service Certification (Green Card Rtnd From Penndot-#70100290000294791780

| 1 | 11/29/2011 | | Superior Court of Pennsylvania |

Appeal Docket Sheet from Superior Court of PA (#1810 WDa 2011;Due Date: 1/17/12) N Dibuono Esq

11/29/11 ca,da

| 2 | 11/29/2011 | | Superior Court of Pennsylvania |

Appeal Docket Sheet from Superior Court of PA (1813 WDA 2011;Next Event Due Date: 1/20/12) Pro Se

11/29/11 ca,da

| 1 | 11/30/2011 | 11/29/2011 | Motto, Dominick |

Concise Statement Order of Court (To be Filed no Later Than 21 Days From Date This Order is Entered)

11/30/11 ca,da,apo,Atty N Dibuono-mailed

| 1 | 12/05/2011 | | Dibuono, Nora Marie |

Motion to Withdraw Appearance

| 2 | 12/05/2011 | 12/05/2011 | Motto, Dominick |

Order of Court (Mtn to W/Draw Appearance-Denied)

Denied because counsel for deft has rendered exemplary service and there is no basis for substituting other counsel; 12/5/11 ca,da,apo,Atty N Dibuono-mailed

| 3 | 12/05/2011 | | Wiley, Dana |

Pro Se Correspondence In Re:Withdrawal of Counsel

12-6-11 Sent Deft copy of motion and Order 12-5-11

CPCMS 9082

Printed: 04/03/2019

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LAWRENCE COUNTY

## DOCKET



**Docket Number: CP-37-CR-0001144-1994**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Dana Wiley

Page 25 of 28

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 12/09/2011 | | Wiley, Dana |

Pro Se Correspondence In Re: Copy of Notice of Appeal

12-9-11 Deft

| 1 | 12/14/2011 | | Wiley, Dana |

Pro Se Correspondence/Deft Requesting for 2nd time Pro-se Appeal & Pro Se Conviction

dec 14, 2011 deft (mailed to deft twice) on dec 9, 2011 and dec 14, 2011

| 1 | 12/19/2011 | | Superior Court of Pennsylvania |

Superior Court Order (Pro Se Appeal Dismissed as Duplicative)

The relief requested in appellant Wiley's pro se filing as application for extension of time is denied; 12/19/11 ca,da,apo,Deft-mailed,Atty N DiBuono-mailed

| 1 | 12/20/2011 | | Wiley, Dana |

Pro Se Correspondence In Re: Pro Se Copies of Orders from File

12-20-11 According to SCI Greene's mailroom, that we called today, we have sent the info to Deft 2xs already. ccs Deft

| 2 | 12/20/2011 | | Dibuono, Nora Marie |

Statement of Matters Complained of on Appeal

| 1 | 12/28/2011 | | Wiley, Dana |

Pro Se Correspondence In Re: Copies from File Sent 3rd and Final Time

1-5-12 Deft

| 1 | 01/04/2012 | | Wiley, Dana |

Pro Se Correspondence in Re: Superior Court Appeal/Mtn to Reinstate Appeal

Correspondence to Deft acknowledging receipt of pro se Mtn to Reinstated; cc to ca,da,Atty Dibuono & deft; correspondence to Deft explaining that pro se appeal was dismissed as duplicative;

| 1 | 01/09/2012 | 01/06/2012 | Motto, Dominick |

Order of Court (Clerk of Courts to Assemble/Transmit Record to Pro of Superior Court of Pa)

1/9/12 ca,da,apo,Atty N Dibuono-mailed

| 1 | 01/23/2012 | | Morgan, Helen I. |

Ex Numbered Docket Sheets to District Attorney, Atty Nora DiBuono

| 1 | 01/24/2012 | | Morgan, Helen I. |

All Papers Mailed to Superior Court RR#70110470000283551923

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LAWRENCE COUNTY

## DOCKET



**Docket Number: CP-37-CR-0001144-1994**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Dana Wiley

Page 26 of 28

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 01/26/2012 | | Morgan, Helen I. |
| Green Card #1923 Received by J DelSole at Superior Court on 1-25-12 | | | |
| 1 | 01/27/2012 | | Wiley, Dana |
| Pro Se Correspondence In Re: Letter to Atty N.DiBuono RE: Matters Complained of Appeal | | | |
| 1-27-12 Da,Deft,Atty N.DiBuono | | | |
| 1 | 03/06/2012 | | Wiley, Dana |
| Pro Se Correspondence In Re: Letter to Atty N.DiBuono | | | |
| 3-13-12 Atty N.DiBuono, Deft | | | |
| 1 | 05/22/2012 | | Wiley, Dana |
| Pro Se Correspondence In Re: Psychological Eval Report From 12-16-10 | | | |
| 5-23-12 Sent letter to Deft No Eval on file in our office for this date. Forwarded letter to Da and Atty N.DiBuono | | | |
| 1 | 06/29/2012 | | Dibuono, Nora Marie |
| Fee Petition | | | |
| 2 | 06/29/2012 | 06/28/2012 | Cox, J. Craig |
| Order of Court Granting Motion for Counsel Fees ($1,800.00 N Dibuono Esq) | | | |
| 6/29/12 ca,da,apo,Atty N DiBuono Esq-mailed,Controller-per service | | | |
| 1 | 09/20/2012 | | Superior Court of Pennsylvania |
| Orig Record Rtnd From Superior Crt of Pa (Order Affirmed) | | | |
| 9/21/12 ca,da,apo,Atty N DiBuono-mailed,J/Motto | | | |
| 1 | 11/19/2012 | | Wiley, Dana |
| Pro Se Correspondence/Requesting Complete Docket Sheet Entries at 1144/1994 | | | |
| said docket sheets mailed to deft at SCI Waynesburg; Deft also requesting an order of court dated 8/10/12 no such order exists. | | | |
| 1 | 12/07/2012 | | Wiley, Dana |
| Pro Se Correspondence In Re: Copy of Order From Superior Court Dated 9-20-12 Sent to Our Office | | | |
| 12-11-12 Deft | | | |

Printed: 04/03/2019

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LAWRENCE COUNTY

## DOCKET



**Docket Number: CP-37-CR-0001144-1994**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Dana Wiley

Page 27 of 28

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 05/23/2013 | 05/22/2013 | Wiley, Dana |

Pro Se Correspondence(Emergency Petition for Review)
05/23/2013  ca,da,Att DiBuono(m),dft(m)

| 1 | 05/28/2013 | 05/28/2013 | Motto, Dominick |
|---|---|---|---|

Pro Se Correspondence/Order of Court (Correspondence to be Filed of Record)
5/28/13 ca, da, apo, atty n dibuono (m), deft (m);

| 1 | 06/04/2013 | | Commonwealth Court of Pennsylvania |
|---|---|---|---|

Commonwealth Court Order (Orig Petition Rtnd)
This matter is transferred to the Court of Common Pleas of Lawrence County; 6/6/13 ca,da,apo,Atty N Dibuono-mailed,J/Motto; Acknowledgment mailed back to Commonwealth Court of Pa;

| 1 | 06/10/2013 | | Wiley, Dana |
|---|---|---|---|

Pro Se Correspondence/Emergency Petition
06/10/2013    ca,da, Att DiBuono(m),dft(m)  (Emergency Petition for Review Requesting Triable Necessitating Equitable Redress on Cross-Application to Enforce an Order,Answer Default Exercised by a State or Federal Prisoner Pursuant to 5 USC 552(a)(4)(B), in compliance with exhibit-A (see attached documentation for clarification)

| 1 | 08/12/2013 | | Wiley, Dana |
|---|---|---|---|

Case Correspondence

| 1 | 08/19/2013 | | Morgan, Helen I. |
|---|---|---|---|

Case Correspondence in Re:Notes of Testimony from 3/29/11
Fowarded request to Court Steno and notified deft that he has to request copies of notes of testimony from the steno
8/19/13 steno, deft(mailed)

| 1 | 10/16/2013 | | Wiley, Dana |
|---|---|---|---|

Case Correspondence/Sent to Prothonotary's Office in Error/Forwarded to Correct Offices/Att DiBuono
10/16/13  Public Welfare(m), Social Security Office(m),Att Dibuono(hand carry), Dft(m)

| 1 | 04/08/2014 | 04/08/2014 | Motto, Dominick |
|---|---|---|---|

Case Correspondence/Order of Court (Crt directs correspondence forwarded to Defts Counsel-N DiBuono)
Case Correspondence-Emergency Petition for Review Requesting Triable Necessitating Equitable Redress on Cross-Application to Enforce an Order,Answer Default Excercised by a State or Federal Prisoner Pursuant to 5 U.S.C. 552 (a)(4)(B)  4/8/14 Ca,Da,Apo,Atty N DiBuono-mailed

CPCMS 9082

Printed:  04/03/2019

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LAWRENCE COUNTY

## DOCKET



**Docket Number: CP-37-CR-0001144-1994**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Dana Wiley

Page 28 of 28

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 12/04/2014 | | Court of Common Pleas - Lawrence County |

Delinquency Notice Filed - 65 Days Overdue

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## CASE FINANCIAL INFORMATION

Last Payment Date: 02/18/2016                    Total of Last Payment: -$232.78

**Wiley, Dana**
Defendant

| | Assessment | Payments | Adjustments | Non Monetary Payments | Total |
|---|---|---|---|---|---|
| **Costs/Fees** | | | | | |
| Clerk M (Lawrence) | $75.00 | -$75.00 | $0.00 | $0.00 | $0.00 |
| MDJ Fee (Lawrence) | $18.21 | -$18.21 | $0.00 | $0.00 | $0.00 |
| State Court Costs (Act 204 of 1976) | $8.31 | -$8.31 | $0.00 | $0.00 | $0.00 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | $12.48 | -$12.48 | $0.00 | $0.00 | $0.00 |
| Crime Victims Compensation (Act 96 of 1984) | $15.00 | -$15.00 | $0.00 | $0.00 | $0.00 |
| Domestic Violence Compensation (Act 44 of 1988) | $10.00 | -$10.00 | $0.00 | $0.00 | $0.00 |
| Crimes Commission Cost (Act 96 of 1984) | $15.00 | -$15.00 | $0.00 | $0.00 | $0.00 |
| Judicial Computer Project | $5.00 | -$5.00 | $0.00 | $0.00 | $0.00 |
| CW Bill (Lawrence) | $5.00 | -$5.00 | $0.00 | $0.00 | $0.00 |
| CW Bill (Lawrence) | $15.00 | -$15.00 | $0.00 | $0.00 | $0.00 |
| CW Bill (Lawrence) | $34.00 | -$34.00 | $0.00 | $0.00 | $0.00 |
| CW Bill (Lawrence) | $37.10 | -$37.10 | $0.00 | $0.00 | $0.00 |
| CW Bill (Lawrence) | $34.52 | -$34.52 | $0.00 | $0.00 | $0.00 |
| CW Bill (Lawrence) | $5.00 | -$5.00 | $0.00 | $0.00 | $0.00 |
| Sheriff Costs (Lawrence) | $77.40 | -$77.40 | $0.00 | $0.00 | $0.00 |
| CW Bill (Lawrence) | $5.00 | -$5.00 | $0.00 | $0.00 | $0.00 |
| Sheriff Costs (Lawrence) | $43.20 | -$43.20 | $0.00 | $0.00 | $0.00 |
| Sheriff Costs (Lawrence) | $63.00 | -$63.00 | $0.00 | $0.00 | $0.00 |
| Costs/Fees Totals: | $478.22 | -$478.22 | $0.00 | $0.00 | $0.00 |
| Grand Totals: | $478.22 | -$478.22 | $0.00 | $0.00 | $0.00 |

** - Indicates assessment is subrogated

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.