# EXHIBIT 4

Dana Wiley No. 9123
SCI-Greene, 175 Progress Drive
Waynesburg, PA 15370

                                          TO: Honorable Judge
                                          Dominick Motto, P.J
                                          Lawrence county
                                          Government center
                                          New Castle,Pa.16101

**In the matter of:**

    Dana Wiley currently acting in pro se capacity and in compliance with the May 28, and May 13, 2013 Orders for counsel of record to proceed in accordance to said Orders thereby relieving Dana Wiley of pro se legal responsibilities per the reentrance of appearance of counsel of record.

    Recognizing The Honorable Dominick Motto, P.S., in the Court of Common Pleas Lawrence County, Pennsylvania -And- counsel of record, may it please the Court. In the matter of this Order, issued the 28 day of May, 2013 -And- the Order issued on May 13, 2013, I'm seeking that this be in compliance with above said Orders, and, appropriately amend the <u>Emergency Petition for Review Requesting Triable Necessitating Equitable Redress on Cross-Application To Enforce an Order, Answer Default Exercised by a State or Federal Prisoner Pursuant to 5 U.S.C. 552(a)(4)(B)</u>, in compliance with exhibit-A (see attach documentation for clarification).

    In final statement please forward all enclosed information to counsel of record, name currently unknown to petitioner, and for said counsel to act/represent consistent with this Court's mandate .

                                                      Respectfully submitted,
                                                      *Dana W. Wiley* (signature)
                                                      Dana W.WILEY, CT-9123
                                                      SCI-Greene
                                                      175 Progress Drive,
                                                      Waynesburg, PA.15370




# Prothonotary and Clerk of Courts
## Office of Helen I. Morgan

**BONITA MORGAN**
SENIOR CHIEF DEPUTY PROTHONOTARY

**JODI ESOLDO**
CHIEF DEPUTY
CLERK OF COURTS

LAWRENCE COUNTY GOVERNMENT CENTER
430 COURT STREET
NEW CASTLE, PENNSYLVANIA 16101
PHONE: (724) 656-2126   FAX: (724) 656-1988
E-MAIL: PROTHONOTARY@LAW.CO.PA.US

**LEANNE MARINO**
DEPUTY PROTHONOTARY

**LORRAINE ORELLI**
DEPUTY CLERK OF COURTS

**LIZ MICALETTI**
DEPUTY ORPHANS' COURT

CR 1144-1994
MD 1139-1994

TO: Dana Wiley

IN RE:

DEAR MR Wiley:

    This is to acknowledge receipt of your correspondence. We are a filing and recording office only.

    We are forwarding your correspondence to the following: Court Administration, District Attorney, Att DiBuono

    I have included a copy of your correspondence for your records.

Very truly yours,

*Helen I. Morgan*

Helen I Morgan
Prothonotary/Clerk of Courts

CHARTERED 1849

COUNSEL OF RECORD
Nora Dibuono, ESQ
701 first ave
Ellwood City, Pa. 16117

CR-NO-1144/1994
MD-NO-1139/1994

YOUR ATTENTION PLEASE

incomplaince to the may 28,2013 order and the June 10,2013, information forward to your office by **HELEN I. MORGAN Prothonotary CLERK OF COURT**, may you please Amend **"EMERGENCY PETITION FOR/ REVIEW REQUESTING TRIABLE NECESSITATING EQUITABLE REDRESS ON- CROSS-APPLICATION TO ENFORCE AN ORDER ANSWER DEFAULT EXERISED BY A STATE OR FEDERAL PRISONER PURSUANT TO 5 u.s.c.552(a)4)B).** incomplaince with exhibit-A (see attach documentation for- clarification that was forward to your office June 10,2013, by the **CLERK OF COURT**, sincerelly please let me know how you can assist me in **"Enforcing the Pennsylvania Governer/and State Pennsylvania Attorney General Office**. to **Reinstate** the **FORMER PENNSYLVANIA GOVERNOR "TOM RIDGE"** and **FORMER U.S. PRESIDENT BILL CLINTION, ET. AL. , PARDON** they issued in my Lawrence county criminal cases.

DATE: 6/21/2013

                                        Respectfull submitted
                                        /s/ Dana Wiley
                                        DANA WILEY, NO.CT9123
                                        SCI-GREENE
                                        175 Progress Drive,
                                        Waynesburg, Pa. 15370

Dana Wiley, Inmate no. CT-9123
SCI-Greene, 175 Progress Drive
Waynesburg, Pa 15370

EXHibit - A
3 Pages

**RE: Reinstate The State Presidential Pardon/Compensate
and Discharge Mr. Wiley, Inmate no. CT-9123
from PA. DOC of SCI-Greene Custody**

Pertinent information is as followed:

I, Dana Wiley, inmate no. CT-9123, in pro per, by and through his legal aide, William Wallace Jr., AJ-0568, files this pro se request here and to the Pennsylvania Governor, Tom Corbett, and The State Pennsylvania Attorney General Office, incompliance with the U.S. Department of Justice of the Pardon Attorney letter of March 21, 2013 regarding the attached (3) page request postmarked 2/8/13.

[Note]: Mr. Wiley, inmate no. CT-9123, is requestor for the State Pennsylvania Attorney General Office and the Pennsylvania Governor Tom Corbett, within the next (10) calendar days reinstate the former governor Tom Ridge and former President Clinton, et. al. officials <u>pardon</u> they issued in Mr. Wiley's Lawrence County, Pa criminal offenses of discharging Wiley from John E. Wetzel, Commisioner of the State Pennsylvania Department of Corrections of SCI-Greene director Louis Folinos' custody.

Incompliance with the former Pennsylvania governor Tom Ridge and former President Clinton, et. al. officials entertainment/news conference held on August 21, 1995 at 8 a.m. following after being broadcast on these networks:

Page-1

C-span, CNN, PBS, Court TV, MTV and BET -and- also considering this criminal-civil information.

**A)** The affidavit/statement that Ms. Kathryn Marvenko made in the federal-state line up investigation held by former Pennsylvania governor Tom Ridge and former President Clinton, et. al. officials between July-October of 1994.

**(B)** Copyrights to the hard drive disc of the August 21, 1995 entertainment/news broadcast on these networks, C-span, CNN, PBS, Court TV, MTV and BET between 1 and 5 p.m. of the racism death threats made by Lawrence County Common Pleas Pennsylvania Honorable Judge Glenn McCraken Jr., et. al. officials toward Mr. Wiley.

**(C)** Several millions of dollars in treasury check [totaling 75 million] the former President Clinton, et. al. officials mailed-deposit to complainant same dates from the White House back in October 94'.

**(D)** Several entertainment articles/photos that entertainment/news took of Wiley in the Southern Park Mall in Boardman, Ohio, and Old Downtown Mall in Newcastle, Pa. same dates in February summary of 1994 that MTV and BET networks broadcast in 97' on "Yo Ladies Night Rap City Show" which these defendants, 1. former Pennsylvania governor Tom Ridge and former President Clinton, 2. U.S. Department of Treasury Chief, and 3. MTV and BET Network "Managment", deprived complainant copyrights of that information.

Wherefore, requestor, Dana Wiley respectfully prays that the Pennsylvania governor Tom Corbett and the State Pennsylvania Attorney General Office enter judgment granting/awarding complainant judgment as follows:

I

A declaratory judgment that the former "Pennsylvania governor Tom

Ridge/former President Clinton et. al. officials" acts, policies and practices described herein violate Wileys' Constitutional rights.

(2) A preliminary and permanent injunction which I require for the former Pennsylvania governor Tom Ridge/former President Clinton et. al. officials provide an affidavit/statement to this record, here and officially so the State Pennsylvania governor Tom Corbett/State Pennsylvania Attorney can see the actual/factual truth that a State/Presidential Pardon had and was issued in Mr. Wiley's Lawrence County, Pa. criminal offenses here and officially so they can reinstate the pardon/compensate pay Wiley and or,

II

Such other and further relief the State Pennsylvania governor Tom Corbett/State Pennsylvania Attorney General may deem just, proper and equitable including evidentiary development (Per De Review).

Respectfully submitted,

/s/ Dana W. Wiley

Dana W. Wiley, no. CT-9123
SCI-Greene, 175 Progress Drive
Wanynesburg, Pa. 15370

Date: 4/11 /13
April 11, 2013