IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANA W. WILEY, <br><br> Plaintiff, <br><br> vs. <br><br> VINCE MCMAHON, World Wrestling Entertainment Chairman CEO; JOHN DUE, D-Generation X and NWO Wrestling employee's, <br><br> Defendants. | Civil Action No. 18-1207 <br><br> Chief United States Magistrate Judge Cynthia Reed Eddy |

## MEMORANDUM ORDER

Defendants have filed a Motion to Dismiss (ECF No. 12) along with a Brief in support thereof (ECF No. 13) claiming that the Complaint against them should be dismissed for failure to state a claim.

**AND NOW**, this 24th day of April, 2019:

**IT IS HEREBY ORDERED** that Plaintiff shall file a response in opposition to Defendants' Motion to Dismiss no later than **May 24, 2019.** Per Judge Eddy's Chambers Rules, there is a page limitation of twenty (20) pages for all responsive briefs.

**IT IS FURTHER ORDERED** that Defendants shall file a reply to Plaintiff's response on or before **June 7, 2019.** Per Judge Eddy's Chambers Rules, there is a page limitation of five (5) pages for reply briefs.

**IT IS FURTHER ORDERED** that should Plaintiff fail to comply with this order, the Motion to Dismiss may be decided without the benefit of Plaintiff's response.

                                                s/Cynthia Reed Eddy
                                                Cynthia Reed Eddy
                                                Chief United States Magistrate Judge

cc:    DANA W. WILEY
531 Case Street
Apt. 9
Rochester, PA 15074
(via U.S. First Class Mail)

Christopher M. Verdini
K&L Gates LLP
(via ECF electronic notification)