IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANA W. WILEY, ) | |
| ) | Civil Action No. 18-1207-CRE |
| Plaintiff, ) | Chief Magistrate Judge Cynthia R. Eddy |
| ) | |
| v. ) | |
| ) | |
| WORLD WRESTLING ) | |
| ENTERTAINMENT, INC., VINCE ) | Electronically Filed |
| MCMAHON and JOHN DUE ) | |
| ) | |
| Defendants. ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for World Wrestling Entertainment, Inc., in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Dated: May 1, 2019

**K&L GATES LLP**

/s/ *Christopher M. Verdini*
Jerry S. McDevitt (PA Bar No. 33214)
Curtis B. Krasik (PA Bar No. 81150)
Christopher M. Verdini (PA Bar No. 93245)
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222-2613
T: 412.355.6500
F: 412.355.6501
jerry.mcdevitt@klgates.com
curtis.krasik@klgates.com
christopher.verdini@klgates.com

*Counsel for Defendants World Wrestling Entertainment, Inc. and Vince McMahon*

303250924 v1