# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANA W. WILEY, ) | |
| ) | Civil Action No. 18-1207-CRE |
| Plaintiff, ) | Chief Magistrate Judge Cynthia R. Eddy |
| ) | |
| v. ) | |
| ) | |
| WORLD WRESTLING ) | |
| ENTERTAINMENT, INC., VINCE ) | Electronically Filed |
| MCMAHON and JOHN DUE ) | |
| ) | |
| Defendants. ) | |

## CONSENT TO JURISDICTION BY
## UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, Defendants World Wrestling Entertainment, Inc. and Vince McMahon voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Third Circuit if an appeal is filed.

Dated: May 17, 2019

**K&L GATES LLP**

/s/ *Christopher M. Verdini*
Jerry S. McDevitt (PA Bar No. 33214)
Curtis B. Krasik (PA Bar No. 81150)
Christopher M. Verdini (PA Bar No. 93245)
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222-2613
T: 412.355.6500
F: 412.355.6501
jerry.mcdevitt@klgates.com
curtis.krasik@klgates.com
christopher.verdini@klgates.com

*Counsel for Defendants World Wrestling Entertainment, Inc. and Vince McMahon*

303373416 v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2019 the foregoing was filed electronically.  In addition, I hereby certify that a copy of the foregoing was sent by first-class mail to Plaintiff at the following address of record:

>Dana W. Wiley
>531 Case Street, Apt. 9
>Rochester, PA 15074

>/s/ Christopher M. Verdini
>K&L Gates LLP
>K&L Gates Center
>210 Sixth Avenue
>Pittsburgh, PA 15222-2613
>412.355.6500

303373416 v1