FILED

MAY 23 2019

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DANA W.WILEY
        Planitiff

Civil Action No. 18 - 1207
Chief United

Cynthia R. Eddy

vs.

VINCE MCMAHON, World Wrestling
Entertainment Chairman CEO; JOHN DUE
D-Generation X and NWO Wrestling employee's

Witness List
-------------------------------

Now on May 20, 2019 Plaintiff, Dana W.Wiley { Attach } this witness list the above witness;
will testify here to the { Attach Exhibit 02 / 29 / 2019 { Special FBI Agent " Gil Hendrickson / Trump and Bush
Administration report and aduio / recorded " Post 9 / 11 Case File and c / o conspiracy in attempt to assistant
Planitiff, Dana W.Wiley and JOHN DUE,et.. al

1. U.S Presidential Trump Administration
   1600 Pennsylvania Avenue NW
   Washington, D.C 20500

2. FORMAL U.S Presidential Administration
   1600 Pennyvania Avenue NW
   Washington, D.C 20500

3. Special FBI agent Gil Hendrickson
   600 Arch ST
   Philadelphia, Pa 19106

DANA W.WILEY
531 CASE STREET

Rochester, Pa 15074

DATED; 05 / 20 / 2019