FILED

MAY 23 2019

IN THE UNITED STATES DISTRICT COURT CLERK U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA WEST. DIST. OF PENNSYLVANIA

DANA W.WILEY,                                              Civil Action No.18-1207-CRE
           Plaintiff,                                Chief Magistrate Judge;
                                                           Cynthia R.Eddy
V.
WORLD WRESTLING ENTERTAINMENT,INC;
VINCE MCMAHON AND JOHN DUE                    Electronically filed
           Defendants,


Plaintiff Response in Opposition to
DEFENDANT TO DISMISS UNDER FRCP 12(b)(6)
-----------------------------------------------------------

History of Case
-------------------------------
Dana W.Wiley was 17 year's of age when discover by Eric Wright aka "Eazy.E " CEO " [Ruthless Records } and

Suge Knight " CEO " [Deaf Row Records } some date before or after march of 1994 within the southern park mall of youngstown ohio and new castle pennsylvania they begin to producie planitiff 3rd world power album and demo's.

(pistal grip pump & blast tha pig ) that feature Eazy.E, 2pac, Biggy, Orlando Anderson and Anderson uncle

planitiff all so c/o wrote several song for 2-pac, biggy and other independent artist and design several NWO/ DX T-Shirts which he personal gave to {wwe} super star " Kevin Nash " Paul Michael Levessque, Shawn Michael, Scott Hall, Hulk Hogan, Eric Bischoff before his incarcerated  who had planitiff sign an {document} before and on Aug 21,1995 there after his  1 p.m sentence hearing they where prsent at  with suge knight " ceo " of { Deaf Row Records }

along with the clinton u.s president administration / prince " Diana who all so had planitiff sign separated { document } on that
same date of August 21, 1995  defendant " Vince McMahon, et, al new

Boxing promotor " Don King " and " Janet Jackson " legally visited him a few weeks  after his sentence

hearing and new  that  " Lisa Left-Eye Lopez " Tionne " T-Boz " Rozonda " Chill " Thomas, Missy Elliott, Da Brat

and Angie Martinez are still  within possession of an check for sum $75-million that clinton administration

mail here to planitiff  right before he was incarcerated back on October, 1994 which them high profile female

hip hop artist did show doing the June 30, 1997 MTV / BET Ladies Night Rap City Special with several photograph's.


                     STATEMENT OF ARUEMENT
-------------------------------------------------
The defendant " Vince McMahon " ceo "  of { WWE } and John Due NWO / DX defendant's Kevin Nash, Paul Michael Levesque, Scott Hall, Shawn Michael , Hulk Hogan , and Eric Bishcoff,

There " counsel of record " failed to enclose " Special F.B.I. / C.I.A Agent " Gil Hendrickson,et. al 02 / 29 / 2000 report along with the " Bush Administration " { Affidavit statement } and { audio recording }

base on the viloation to enclosed supportive evidence here for your review.

" Plaintiff is supress for Summary Judgement under 1019 (i) and here by with out prejudice request that this court dismiss there motion base on lack of evidence and failure to enclose evidence here for fair review"

"Arguement"
-------------------
Therefor the record { exibit,1 , 2 . 3 and 4  } is true and correct planitiff is confirming them defense

strategy was to use { exhibit 3 } and on cross response  was going to enclose civil case 96 / 409

Page 1

as an defense strategy to denial plaintiff motion to supress here for summary judgement, planitiff cross argument

is there strategy was to present each " exhibit " as ground for dismissal of planitiff {amendment complaint} and

c / o conspiring to theory and obstruct justice by tampering with the "special " FBI " agent " Gil Hendrickson

02 / 29 / 2000 { Affidavit / report and audio recording } in makeing it like planitiff was an " New Castle, Pa

" Youngstown Ohio and now Beave Allegheny County Confidential drug information as " White Boy Ricky " "Richard Wershe Jr. " planitiff is now declaring the welfare of his safety and other citizens is at endangerment
base on mislead information concerning " special " F.B.I " agent "Gil Hendrickson {affidavit / report and audio
" recording "

Thereforth " Chief Magistrate Judge Cynthia R. Eddy planitiff request for you to interview " Trump and Bush,
Adiminstration.

concerning the " Hisory of This Case " after your review of there { affidavit / report and audio recording }
here with " History of Case "

may you schedule an private hearing with plaintiff, Dana W.Wiley and the defendant " Vince McMahon " ceo of {WWE } and John Due NWO / DX defendants; Kevin Nash,et.al along with Trump and Bush Adminitration here and so they can come to some type settlement terms without prejudice.


CONCLUSION
------------------------
for the forgoing reason, Plaintiff respectfully request Defendants, motion to dismiss under FRCP 12(b)6)

be dismissed with prejudice.


Dated: May 20, 2019

Respectfully submitted,

DANA W.WILEY

*[signature]*

DANA W.WILEY,
531 CASE STREET APT-9
ROCHESTER, PA 15074

CERTIFICATE OF SERVICE

I, here by certify that on May 20 , 2019 the forgoing was filed electronically , in addition I hereby certify that a copy of the foregoing was sent by firs - class mail to Planitiff at the following address of record;

/ s / Christopher M.Verdini

   K & L Gate LLP

   k & L Gate center
   210 sixth Avenue
   Pittsburgh, Pa 15074
 ( 421-355-6500 )

Dana W.Wiley
531 Case Street Apt - 9
Rochestern, Pa 15074

1