FROM:
DANA Wiley
531 Case Street
Rochester, PA 15074

CLEARED X-RAY SCREENING

CERTIFIED MAIL
7018 1130 0000 0040 1907

TO:
Clerk of Court
U.S. District Court
700 Grant Street Rm 3110
Pittsburgh, PA 15219

U.S. POSTAGE PAID
FCM LG ENV
ROCHESTER, PA
15074
MAY 21, 19
AMOUNT
$7.75
R2305M144368-80