FILED

JUN 07 2019

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DANA W. WILEY,  )
 )
    Plaintiff,  ) Civil Action No. 18-1207
 )
    v.  ) Chief United States Magistrate Judge
 ) Cynthia Reed Eddy
VINCE MCMAHON, et al.,  )
 )
    Defendant(s).  )

**(Complete either Option 1 or Option 2)**

OPTION 1: CONSENT TO JURISDICTION BY
UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, I voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Third Circuit if an appeal is filed.

Date: June 4, 2019            Dana W. Wiley
                                                                           Signature

                                   Print Name: Dana W. Wiley

---

OPTION 2: DISTRICT JUDGE OPTION

    Pursuant to Section 636(c)(2) of Title 28, United States Code, I acknowledge the availability of a United States Magistrate Judge but I elect to have this case randomly assigned to a United States District Judge.

Date: _____

                                                                           Signature

                                   Print Name: _____