

DANA W. WILEY
531 Case Street
APT-9
Rochester, PA 15074

The Clerk of Court
700 Grant Street, RM 3110
Pittsburgh, PA 15219

PITTSBURGH PA 150
05 JUN 2019 PM 2 L

15219-195795