IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANA W. WILEY, | |
| *Plaintiff,* | Civil Action No. 2:18-cv-1207 |
| v. | Hon. William S. Stickman, IV |
| | Hon. Patricia L. Dodge |
| VINCE MCMAHON and JOHN DUE, | |
| *Defendants.* | |

## JUDGMENT ORDER

AND NOW, this 22nd day of October, 2019, IT IS HEREBY ORDERED that judgment is entered in favor of Defendants Vince McMahon and John Due and against Plaintiff Dana W. Wiley. The Clerk of Court is directed to mark this CASE CLOSED.

BY THE COURT:

_____
WILLIAM S. STICKMAN, IV
UNITED STATES DISTRICT JUDGE