UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA

Joseph F. Weis, Jr. U. S. Courthouse
700 Grant Street
Pittsburgh, PA 15219
www.pawd.uscourts.gov

**JOSHUA C. LEWIS**
CLERK OF COURT
412–208–7500

IN REPLYING GIVE NUMBER
OF CASE AND NAMES OF PARTIES

Date: October 23, 2019

Commissioner of Patents and Trademarks
P.O. Box 1450
Alexandria, VA 22313–1450

RE:  **DANA W. WILEY vs. WORLD WRESTLING ENTERTAINMENT**
Case Number:  **2:18–CV–01207–WSS–PLD**

Dear Commissioner:

   Enclosed is a copy of the order which terminated the above captioned matter in the United States District Court for the Western District of Pennsylvania.

> Sincerely,
>
> JOSHUA C. LEWIS
> CLERK OF COURT
>
> By: /s/ **ma**
> Deputy Clerk

Enclosures